United States District Court
Southern District of Texas
FILED

AUG 29 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL PEREZ, JR., | § | |
|                      Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-140 |
| | § | |
| JOHN ASHCROFT, Attorney General | § | |
| Of the United States and | § | JURY DEMAND |
| TOM RIDGE, Secretary of the United | § | |
| States Department of Homeland | § | |
| Security | § | |

**PLAINTIFF, MANUEL PEREZ, JR.'S LIST
OF ENTITIES FINANCIALLY INTERESTED IN THIS LITIGATION**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW Plaintiff MANUEL PEREZ, JR.**, and files this its list of entities it presently believes are financially interested in this litigation:

MANUEL PEREZ, JR.
206 East 7th Street
Los Fresnos, Texas 78566
(956) 943-2656
-Plaintiff

JOHN D. ASHCROFT, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

TOM RIDGE, Secretary
U.S. Department of Homeland Security
Washington, D.C. 20528

The Plaintiff's list of entities that it believes are financially interested in this litigation will be amended pursuant to the Court's scheduling order if parties are added or additional interested parties are identified.

Respectfully submitted,

By: _____
T. Mark Blakemore
Federal ID No. 1915
State Bar No. 02431800

**Attorney for MANUEL PEREZ, JR.**

OF COUNSEL:
T. Mark Blakemore
Attorney, Counselor and Mediator
835 E. Levee Street, Sixth Floor
Brownsville, Texas 78520-5101

## CERTIFICATE OF SERVICE

I certify that a courtesy copy of the foregoing has been provided to the following although no answer has yet been received and there is no counsel of record on file.

Michael T. Shelby
United States Attorney
Attn: Civil Docketing Clerk
PO Box 61129
Houston, TX 77208

Dated: August 28, 2003

_____
T. Mark Blakemore