IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 3 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MANUEL PEREZ, JR., <br> Plaintiff, | * <br> * <br> * |
| v. | * CIVIL ACTION NO. B-03-140 <br> * |
| JOHN D. ASHCROFT, Attorney General for the United States, and TOM RIDGE, Secretary of the United States Department of Homeland Security, <br> Defendants. | * <br> * <br> * <br> * <br> * <br> * |

### DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, move this Court for an enlargement of time for which to file their answer or otherwise plead in this cause. In support of this motion, the Defendants submit the following:

1. Plaintiff filed his lawsuit on August 11, 2003. The United States Attorney was served with a copy of the summons and complaint on August 14, 2003. Accordingly, assuming that all other persons/entities have been properly served in accordance with Rule 4(i) of the Federal Rules of Civil Procedure[1], the Defendants answer/response to the Plaintiff's allegations would be due no later than October 17, 2003. An Initial Pre-trial Conference has been scheduled for December 11, 2003.

2. Agency staff have indicated to the undersigned Assistant United States Attorney that they will require additional time to gather administrative files

---

[1] The FRCP also requires the Plaintiff to serve the Attorney General of the United States and the Secretary of the United States Department of Homeland Security. As of today's date, service upon these persons has not been confirmed. The Defendants, in seeking this enlargement of time, do not waive the service requirements set forth at Rule 4(i)(2)(A) of the FRCP; rather, this motion is filed as a cautionary measure. Should the Plaintiff need service addresses for one or both these persons, he may contact the undersigned Assistant United States Attorney for that information.

and other information needed in order formulate a response to the Plaintiff's complaint. The undersigned contacted the Plaintiff's lawyer in this regard, and he indicated that he was not opposed to the Defendants' request for an enlargement of time.

3. In that the initial pre-trial conference in this case is not scheduled until December, and the request is unopposed, Defendants respectfully seek a thirty day enlargement of time to file their answer and/or other responsive pleading.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that this Court grant their motion for an enlargement of time and issue an order allowing them until November 17, 2003, to file their answer or otherwise plead to the allegations of the Petitioner.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:  (956) 548-2554
Fax:  (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

### Statement of Consultation

On September 23, 2003, Plaintiff's attorney of record, T. Mark Blakemore, advised that he was not opposed to the Defendants' request for additional time to file their answer or otherwise plead.

Signed September 23, 2003.

NANCY L. MASSO
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing:

DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE PLEAD

was mailed via certified mail, return receipt requested to the following:

Mr. T. Mark Blakemore
Attorney at Law
835 E. Levee St.
6th Floor
Brownsville, Texas 78520

September 23, 2003
Date

NANCY L. MASSO
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL PEREZ, JR.,<br>    Plaintiff, | *<br>*<br>* |
| vs. | *   CIVIL ACTION NO. B-03-140<br>* |
| JOHN D. ASHCROFT, Attorney General<br> for the United States, and TOM RIDGE,<br>Secretary of the United States Department<br>of Homeland Security,<br>    Defendants. | *<br>*<br>*<br>*<br>*<br>* |

## ORDER GRANTING DEFENDANTS
## MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Today, this Court considered the Defendants' Motion for Enlargement of Time to Answer or Otherwise Plead. Having reviewed the motion, and noted that counsel for the Plaintiff is unopposed, the Court finds that the Defendants' motion should be GRANTED.

THEREFORE, IT IS ORDERED, that the Defendants' shall be allowed until **November 17, 2003**, to file their answer and/or other responsive pleading to the complaint on file herein.

Signed this ____ day of _____, 2003.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE