John Ashcroft

OAO 440 (Rev 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE August 20, 2003

CAB-03-140

Service of the Summons and complaint was made by me[1]

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| T. Mark Blakemore | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

X Other (specify): U.S. Postal Service, Certified Mail, Return Receipt Requested

United States District Court
Southern District of Texas
FILED

SEP 3 0 2003

Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | Certified Mail, Return Receipt U.S. Postal Service | $4.42 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 26, 2003

Signature of Server [signature]

Address of Server

T. Mark Blakemore
Attorney, Counselor and Mediator
835 E. Levee St., Fl 6
Brownsville, Texas 78520-5101

7003 0500 0001 0990 9922

[Certified mail receipt card image]

Article Addressed to:
JOHN D ASHCROFT-ATTY GEN
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

Sent To: JOHN D ASHCROFT-ATTY GEN
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

Postage $.37
Certified Fee $2.30
Return Receipt Fee $1.75
Total Postage & Fees $4.42

7003 0500 0001 0990 9922