Tom Ridge

OAO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

DATE August 21, 2003

CAB-03-140

Service of the Summons and complaint was made by me[(1)]

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| T. Mark Blakemore | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

X Other (specify): U.S. Postal Service, Certified Mail, Return Receipt Requested

United States District Court
Southern District of Texas
FILED
SEP 3 0 2003
Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | Certied Mail, Return Receipt U.S. Postal Service | $4.42 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 26, 2003
           *Date*         *Signature of Server*

*Address of Server*

T. Mark Blakemore
Attorney, Counselor and Mediator
835 E. Levee St., Fl 6
Brownsville, Texas 78520-5101

---

7003 0500 0001 0990 9908

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:
TOM RIDGE-SECRETARY
US DEPARTMENT OF
HOMELAND SECURITY
WASHINGTON DC 20528

COMPLETE THIS SECTION ON DELIVERY

A. X Jordan ☐ Agent ☐ Addressee
B. Received by (Printed Name) Jordan
C. Date of Delivery 8/21/03
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

7003 0500 0001 0990 9908

CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage $ .37
Certified Fee 2.30
Return Reciept Fee 1.75
Restricted Delivery Fee
Total Postage & Fees $ 4.42

Sent To: TOM RIDGE-SECRETARY
Street: US DEPARTMENT OF HOMELAND SECURITY
City, State, ZIP+4: WASHINGTON DC 20528