United States District Court
Southern District of Texas
ENTERED

OCT 0 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL PEREZ, JR.,<br>    Plaintiff, | *<br>*<br>* |
| vs. | * CIVIL ACTION NO. B-03-140<br>* |
| JOHN D. ASHCROFT, Attorney General<br>for the United States, and TOM RIDGE,<br>Secretary of the United States Department<br>of Homeland Security,<br>    Defendants. | *<br>*<br>*<br>*<br>*<br>* |

## ORDER GRANTING DEFENDANTS MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Today, this Court considered the Defendants' Motion for Enlargement of Time to Answer or Otherwise Plead. Having reviewed the motion, and noted that counsel for the Plaintiff is unopposed, the Court finds that the Defendants' motion should be GRANTED.

THEREFORE, IT IS ORDERED, that the Defendants' shall be allowed until **November 17, 2003**, to file their answer and/or other responsive pleading to the complaint on file herein.

Signed this 2nd day of October, 2003.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE