

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 17 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MANUEL PEREZ, JR.,<br>    Plaintiff, | *<br>*<br>* |
| v. | *   CIVIL ACTION NO. B-03-140 |
| JOHN D. ASHCROFT, Attorney General<br>for the United States, and TOM RIDGE,<br>Secretary of the United States Department<br>of Homeland Security,<br>    Defendants. | *<br>*<br>*<br>*<br>*<br>* |

### DEFENDANTS' ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT

Defendants herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, submit the following answer and affirmative defenses to the allegations raised in Plaintiff's Original Complaint filed with this Court on August 11, 2003:

1. Admit;

2. Admit;

3. Defendants lack information sufficient to form an opinion as the to truth of the allegations raised in paragraph 3 and accordingly deny them;

4. Admit;

5. Admit;

6. Admit with the exception of that phrase stating "worked for INS continuously until October 22, 2001." Some of the issues posed in this complaint relate to time periods that the Plaintiff was not working as a result of injuries he received on the job. Specifically, Plaintiff was in "non-working status" from October 1996 to March 2000.

7. Admit the first sentence; Defendants presently lack information sufficient to form an opinion as the to truth of the allegations raised in the second sentence of this paragraph–therefore, the second sentence is denied.

8. Admit;

9. Admit that in October 1996, Plaintiff sought to return to work; however, Defendants deny any implication or suggestion that Plaintiff's request to return to work was supported by adequate medical documentation showing his ability to return to work in any status--much less light or limited duty status.

10. Deny; Plaintiff failed to provide the agency with additional medical documentation supporting his request for a light or limited duty assignment. The Defendants were unable to offer alternative accommodation without additional medical documentation.

11-26 The remaining paragraphs of the Plaintiff's Original Complaint contain arguments of counsel; as such, no response is required. To the extent that this Court may require a response, the Defendants deny the allegations of the remaining paragraphs of the Plaintiff's Original Complaint.

## AFFIRMATIVE DEFENSES

In accordance with Rule 8(c) of the Federal Rules of Civil Procedure, Defendant hereby asserts the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to take action to mitigate his damages.

### THIRD AFFIRMATIVE DEFENSE

Defendants did not discriminate against the Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

Defendants did not refuse to provide reasonable accommodation to the Plaintiff.

### FIFTH AFFIRMATIVE DEFENSE

To the extent that Plaintiff raises claims for which the Plaintiff failed to comply with applicable filing deadlines, such claims are barred by limitations.

### SIXTH AFFIRMATIVE DEFENSE

All employment actions taken with respect to the Plaintiff were based on legitimate, non-

discriminatory business reasons.

## SEVENTH AFFIRMATIVE DEFENSE

Defendants deny that Plaintiff is entitled to recover any damages in connection with the actions alleged in the Plaintiff's Original Complaint; however, if any damages are recovered, the amount of those damages is subject to and limited by 42 U.S.C. 1981a.

WHEREFORE, Defendants request that Plaintiff's Original Complaint be dismissed with prejudice, and that all relief requested be denied. Defendants request all other relief, both law and equity, to which it is entitled.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:   (956) 548-2554
Fax:   (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the true and foregoing:

DEFENDANTS' ANSWER PLAINTIFF'S ORIGINAL COMPLAINT

was mailed via certified mail, return receipt requested to Plaintiff's Attorney of Record:

Mr. T. Mark Blakemore
Attorney at Law
835 E. Levee St.
6th Floor
Brownsville, Texas 78520

November 17, 2003
Date

NANCY L. MASSO
Assistant United States Attorney