United States District Court
Southern District of Texas
FILED

NOV 2 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL PEREZ, JR., <br> Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-03-140 |
| JOHN D. ASHCROFT, Attorney General for the United States, and TOM RIDGE, Secretary of the United States Department of Homeland Security, <br> Defendants. | § § § § § § | |

### JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

**1.     State where and when the meeting of parties required by Rule 26(f) was held and identify the counsel who attended for each party.**

*ANSWER*:   Telephonic and electronic means were used November 18-21, 2003 by the parties' attorneys, Nancy Masso for the Government and T. Mark Blakemore for Plaintiff.

**2.     List the cases related to this one that are pending in any state or federal court with the case number and court.**

*ANSWER*:   None.

**3.     Specify the allegation of federal jurisdiction.**

*ANSWER*:   Employment discrimination, Section 501 of the Rehabilitation Act, as amended, 29 U.S.C. §791.

**4.     Name the Parties who disagree and the reasons.**

*ANSWER*:   None.

---

JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f)
OF THE FEDERAL RULES OF CIVIL PROCEDURE                                                                Page 1

5.   **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

*ANSWER*:   None.


6.   **List anticipated interventions.**

*ANSWER*:   None.


7.   **Describe class action issues.**

*ANSWER*:   None.


8.   **State whether each party represents that it has made initial disclosures required by Rule 26(a). If not, describe what arrangements have been made to complete the disclosures.**

*ANSWER*:   Initial disclosures have been satisfied by each party having the administrative record.

9.   **Describe the proposed agreed discovery plan, including:**

   A.   ***Responses to all the matters raised in Rule 26(f).***

*ANSWER*:   Completed. There is no need to plan limits and no orders are needed at this time.

   B.   **When and to whom the plaintiff anticipates it may send interrogatories.**

*ANSWER*:   Both parties anticipate sending interrogatories to each other by January 10, 2004.

   C.   **When and to whom the defendant anticipates it may send interrogatories.**

*ANSWER*:   Both parties anticipate sending interrogatories to each other by January 10, 2004.

   D.   **Of whom and by when the plaintiff anticipates taking oral depositions.**

*ANSWER*:   Plaintiff anticipates taking oral depositions of INS personnel by the first week of April, 2004.

  **E.** **Of whom and by when the defendant anticipates taking oral depositions.**

*ANSWER*: Defendants anticipates taking the oral deposition of Plaintiff within a week of receiving responses to its interrogatories addressed to Plaintiff, or no later than the first week of March, 2004.

  **F.** **When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.**

*ANSWER*: Plaintiff will designate experts and produce reports by June 1, 2004 and Defendants their responsive experts and reports by July 15, 2004.

  **G.** **List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

*ANSWER*: All Defendants' experts' depositions should be completed by the last week of August, 2004.

  **H.** **List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

*ANSWER*: All Plaintiff's experts' depositions should be completed by the last week of August, 2004.

**10.** **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

*ANSWER*: Not applicable.

**11. Specify the discovery beyond initial disclosures that has been undertaken to date.**

*ANSWER*: None.

**12.** **State the date the planned discovery can reasonably be completed.**

*ANSWER*: September 5, 2004

**13.   Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

*ANSWER*:   The parties are open to mediation, but would like to complete interrogatories and party depositions prior to mediation.

**14.   Describe what each party has done or agreed to do to bring about a prompt resolution.**

*ANSWER*:   The parties' attorneys have agreed to discuss with their clients the possibility of early settlement before further discovery commences.

**15.   From the attorney's discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable and state when such a technique may be effectively used in this case.**

*ANSWER*:   As stated in item 13, mediation may be appropriate after initial interrogatoies and party depositions.

**16.   Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

*ANSWER*:   The parties are considering trial before a magistrate judge, neither being opposed to the possibility.

**17.   State whether a jury demand has been made and if it was made on time.**

*ANSWER*:   Jury demand was timely requested as noted on the caption of the complaint.

**18.   Specify the number of hours it will take to present the evidence in this case.**

*ANSWER*:   Approximately 24-32 hours.

**19.   List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

*ANSWER*:   No motions are pending.

20. **List other motions pending.**

ANSWER:   None.

21. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.**

ANSWER:   It is possible that Plaintiff may engage a different attorney to handle the case. Meetings to decide the issue are ongoing as of the date of filing this plan.

22. **List the names, bar numbers, addresses, and telephone numbers of all counsel.**

ANSWER:
*Counsel for Plaintiff:*

_____, w/ permission
T. Mark Blakemore
Attorney, Counselor, and Mediator
835 E. Levee St., Fl 6
Brownsville, Texas 78520-5101
Tel: (956) 541-5900
Fax: (956) 541-5905
E-mail: tmblakemore@tmb-atty.com
State Bar of Texas No. 02431800
Federal ID No. 1915

*Counsel for Defendant:*

_____
Nancy L. Masso
Assistant U. S. Attorney
U. S. Attorney's Office
600 E. Harrison St., No. 201
Brownsville, TX 78520
TEL: (956) 548-2554
FAX: (956) 548-2549
State Bar of Texas No. 00800490
Federal ID No. 10263

Date   11/24/03

---

JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f)
OF THE FEDERAL RULES OF CIVIL PROCEDURE                                      Page 5