10

**THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE**

**INITIAL PRETRIAL & SCHEDULING CONFERENCE**
(HELD IN CHAMBERS)

CIVIL ACTION NO. __B-03-140__    DATE & TIME: __12/11/03 @ 9:30 - 9:45 am__

                                                                                                                                              COUNSEL:

__MANUEL PEREZ, JR.__    §    __T. MARK BLAKEMORE__

VS    §

__JOHN ASHCROFT, Attorney General__    §    __Nancy Masso, AUSA__
__USA, Et Al__

---

Courtroom Deputy: Irma Soto
Law Clerk: Christian Southwick
Court Reporter:  Barbara Barnard
CSO:


Case called on the docket. Mark Blakemore appeared for the Plaintiff. Nancy Masso, AUSA, appeared for the Defendants.

The following dates are set by the Court:

   Docket Call is set for 9/28/04 @ 1:30 p.m.
   Jury Selection is set for 9/30/04 @ 9:00 a.m. Jury to be 14 members
     (including alternates) with 10 or more members required to reach a verdict.
   Discovery completed by 9/3/04
   Dispositive motions be filed by 8/13/04
   Non-dispositive motions be filed by 9/17/04
   Joint Pretrial Order due by 9/17/04
   New parties joined by 12/31/03
   Plaintiff's experts be named by 6/1/04
   Defendants' experts be named by 7/15/04
   ETT - 4 days

Mediation is allowed if parties are agreeable to mediation.

Court is adjourned.