IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL PEREZ, JR. | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-140 |
| JOHN D. ASHCROFT, Attorney General for the United States, and TOM RIDGE, Secretary of the United States Department of Homeland Security | § § § § § | |

## Scheduling Order

1. Trial: Estimated time to try: __4__ days.  ☐ Bench  ■ Jury

2. New parties must be joined by:   December 31, 2003

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   June 1, 2004

4. The defendants' experts must be named with a report furnished by:   July 15, 2004

5. Discovery must be completed by:   September 3, 2004

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:   August 13, 2004

   Non-Dispositive Motions will be filed by:   September 17, 2004

   ************************ The court will provide these dates. ************************

7. Joint pretrial order is due:   September 17, 2004

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:   September 28, 2004

9. Jury Selection is set for 9:00 a.m. on:*   September 30, 2004

The case will remain on standby until tried.

*Jury to be fourteen (14) members (including 2 alternates) with ten (10) or more members required to reach a verdict.

Signed this the 12th day of December, 2003.

                                                        Andrew S. Hanen
                                          United States District Judge

**xc:**  **ALL COUNSEL OF RECORD**