

United States District Court
Southern District of Texas
FILED

JUN 0 4 2004

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

MANUEL PEREZ, JR.,     *
  Plaintiff,       *
            *
v.           *  CIVIL ACTION NO. B-03-140
            *
JOHN D. ASHCROFT, Attorney General *
 for the United States, and TOM RIDGE, *
Secretary of the United States Department *
of Homeland Security,    *
  Defendants.     *

## DEFENDANTS' MOTION TO COMPEL PLAINTIFF
## TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES
## AND DEFENDANTS' REQUESTS FOR PRODUCTION

TO THE HONORABLE JUDGE OF SAID COURT:

  Defendants herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, move this Court for an order compelling the Plaintiff to submit his response to interrogatories and requests for production that the Defendants served upon him, through his attorney of record, on February 17, 2004. This motion is filed pursuant to Rule 37(a) and Rule 37 (d)(2) and (3) of the Federal Rules of Civil Procedure. In support of this motion, the Defendants submit the following:

1. Rule 37(a) of the FRCP provides, in pertinent part, that Defendants may "upon reasonable notice to other parties and all persons affected thereby, may apply for an order compelling disclosure or discovery...".

2. Rule 37(d)(2) and (3) provides, in pertinent part:

> *If a party...fails ... (2) to serve answers or objections to interrogatories submitted under Rule 33, after proper service of the interrogatories, or (3) to serve written response to a request for inspection submitted under Rule 34, after proper service of the request, the court in which the action is pending on motion may make such orders in regard to the failure as are just....*

3.    Rule 37 (d) requires that "[a]ny motion specifying a failure under clause (2) or (3) of this subdivision shall include a certification that the movant has in good faith conferred or attempted to confer with the party failing to answer or respond in an effort to obtain such answer or response without court action."

4.    In the case at bar, Plaintiff, through his attorney of record, was served with "Defendants' First Set of Interrogatories to Plaintiff" and the "Defendants' Requests for Production to Plaintiff" on February 17, 2004. *See Govt's Ex. A attached hereto and incorporated by reference herein.* The information sought by this discovery seeks information relevant to the claims and defenses raised in this lawsuit.

5.    On March 29, 2004, after confirming that the time period for a response had lapsed, the undersigned contacted Plaintiff's attorney. Plaintiff's counsel acknowledged that the responses were late and requested an extension to April 15, 2004, to submit Plaintiff's response to the discovery. The undersigned agreed to the extension. *See Govt's Ex. B attached hereto and incorporated by reference herein.*

6.    On April 20, 2004, the undersigned reviewed this file again and noted that Plaintiff still had not submitted a response to the discovery at issue. Once again, the undersigned contacted the Plaintiff's attorney. Plaintiff's counsel indicated that he had been experiencing "communication problems" with his client. The undersigned advised Plaintiff's counsel that Defendants did not object to giving the Plaintiff until May 21, 2004, to submit his response to discovery. At the same time, however, Plaintiff's counsel was advised that should the Plaintiff's response to discovery not be received by May 21, 2004, that the Defendants would file a motion with this court to have an order compelling Plaintiff to respond. Plaintiff's counsel indicated that he understood the Defendants' position. *See*

*Govt's Ex. C attached hereto and incorporated by reference herein.*

7.    To date, Plaintiff has not submitted a response to the discovery served upon him on February 17, 2004.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that this Court issue an Order directing the Plaintiff to submit his response to the interrogatories and production requests served upon him on February 17, 2004.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:    (956) 548-2554
Fax:    (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

### *Defendants' Certification*

As evidenced at Government's Exhibits "B" and "C", the undersigned has attempted to resolve this discovery issue in a reasonable manner.  Twice, Defendants have offered and given the Plaintiff reasonable extensions of time to submit his responses to the discovery at issue.  To date, Plaintiff's counsel has not contacted the undersigned in any attempt to provide a reasonable basis for Plaintiff's failure to respond or secure an additional extension of time to submit his responses.  As such, the Defendants herein have no choice but to seek an order from the Court compelling the Plaintiff to submit his responses to discovery.

Pursuant to 28 U.S.C. 1746, I, Nancy L. Masso, verify that the facts set forth in this motion are true and correct based on information and belief.

Signed June 4, 2004.

NANCY L. MASSO
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the true and foregoing:

"DEFENDANTS' MOTION TO COMPEL PLAINTIFF
TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES
AND DEFENDANTS' REQUESTS FOR PRODUCTION"

was mailed via certified mail, return receipt requested to Plaintiff's Attorney of Record:

Mr. T. Mark Blakemore
Attorney at Law
835 E. Levee St.
6th Floor
Brownsville, Texas 78520

June 4, 2004
Date

NANCY L. MASSO
Assistant United States Attorney



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Texas*

---

| | |
|---|---|
| *U.S. Courthouse*<br>*600 E. Harrison, # 201*<br>*Brownsville, TX 78520* | *Phone (956) 548-2554*<br>*Fax (956) 548-2549* |

February 12, 2004

Mr. T. Mark Blakemore
Attorney at Law
835 E. Levee Street
6th Floor
Brownsville, TX 78520

     Via  Certified Mail, RRR

     In Re: **Manuel Perez v. John D. Ashcroft, et al.**;  In  the  United States
            District Court for the Southern District of Texas; Brownsville Division;
            Civil Action No. B-03-140

Dear Mr. Blakemore:

     Enclosed are the "Defendants' First Set of Interrogatories to Plaintiff" and the "Defendants' Requests for Production to Plaintiff."

     Should you have any questions with regard to same, please advise.

                Sincerely,

                MICHAEL T. SHELBY
                UNITED STATES ATTORNEY

                NANCY L. MASSO
                Assistant United States Attorney

enc:   as indicated



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

MANUEL PEREZ, JR.,                              *
      Plaintiff,                              *
                                    *

v.                                              *   CIVIL ACTION NO. B-03-140
                                      *

JOHN D. ASHCROFT, Attorney General              *
 for the United States, and TOM RIDGE,           *
Secretary of the United States Department        *
of Homeland Security,                            *
      Defendants.                             *

## DEFENDANTS' REQUESTS FOR PRODUCTION TO PLAINTIFF

TO:    Manuel Perez, Jr., plaintiff herein, in the above-styled and numbered
       cause, by and through her attorney of record:

       Mr. T. Mark Blakemore
       Attorney at Law
       835 E. Levee St.
       6th Floor
       Brownsville, Texas 78520

In accordance with Rule 34, Federal Rules of Civil Procedure, the United States of America requests that Manuel Perez, Jr., plaintiff herein, produce for inspection and copying the following designated records and documents to the undersigned attorney for the United States of America at the offices of the United States Attorney, 1036 E. Levee Street, First Floor, Brownsville, Texas 78520, no later than thirty (30) days from the date of service of this request.

As used in this request, the term "records and documents" is defined as including but not limited to the original and any non-identical copy (which is different from the original because of notations and said copy or otherwise) of all correspondence, telegrams, teletype messages, contracts, agreements, memoranda (including inter and intra-office memoranda, memoranda for files, pencil jottings, daily entries, desk calendar entries, reported recommendations and any other written form of notation of events or intentions), transcripts, recordings of conversations, and telephone calls, minutes or notes of meetings, computer generated records, data compilations, books, records, photographs, reports, tabulations, charts, books of account, receipts, ledgers, statements, invoices, financial statements, deposit slips, checks and bank records.

If a record or document is no longer in possession or subject to your control, state when such record or document was most recently in the possession of or subject to your control and what disposition was made of it. If records or documents have been destroyed, please identify when they were destroyed, the person who destroyed them, the person who directed that they be destroyed, the reason(s) for such action and any communications or documents or records which relate or refer to the destruction of the documents or records.

This request is continuing in character and requires you to provide any supplemental documents of, prior to trial, you should obtain any additional or supplemental records or documents which are responsive to this request. (See Rule 26[e] of the F.R.C.P.)

As used in this request, the term "you" or "your" is defined to mean Manuel Perez, Jr.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:    (956) 548-2554
Fax:    (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Defendants' Requests for

Production of Documents to Plaintiff was mailed to:

**VIA CERTIFIED MAIL, RETURN-RECEIPT REQUESTED:**

        Mr. T. Mark Blakemore
        Attorney at Law
        835 E. Levee St.
        6th Floor
        Brownsville, Texas 78520

on this the __12th__ day of __February__, 2004.

                                        NANCY L. MASSO
                                        Assistant United States Attorney

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**Request for Production No. 1:**

All of plaintiff's federal income tax returns and records, and all documents showing other income from any source derived, of any character, or for his benefit, during the time period beginning October 1996 through the present date, inclusive; including all tax returns prepared for, or filed during such time period.

**ANSWER:**

**Request for Production No. 2:**

All medical records, including x-rays, administrative and personnel records of plaintiff which are in existence relating to any and all medical treatment (including psychological, psychiatric, substance abuse, and mental health treatments of consultations) which plaintiff has ever received during the past ten years from physicians, psychologists, or any other medical or health care providers, in hospitals, or any other medical/nursing/rehabilitation facilities, or on an outpatient basis or in any manner or capacity whatsoever. Authorizations to furnish medical information and personnel records are attached for plaintiff's use in complying with this request. These forms should be returned as soon as possible to the undersigned Assistant United States Attorney.

**ANSWER:**

**Request for Production No. 3:**

All documents which you intend to offer at trial in support of your claim(s) in this action.

**ANSWER:**

**Request for Production No. 4:**

All medical and other bills which you claim were incurred as a result of the incidents alleged in this action.

**ANSWER:**

**Request for Production No. 5:**

All Social Security and Office of Personnel Management (OPM)

records relating in any way to plaintiff, including the dates of any claims or applications for assistance because of unemployment, ill health or disability, and all records of any acceptance, denial, modification or payment of benefits.

**ANSWER:**

**Request for Production No. 6:**

With regard to any Social Security or OPM records referred to in Request No. 5 above which are in existence but are not physically in the possession or custody of you or your attorney, but which are under your control, the defendant requests that the plaintiff execute an authorization to allow the defendant to examine and obtain copies of said records. Authorizations to release Social Security and OPM records are enclosed for your signature.

**ANSWER:**

**Request for Production No. 7:**

All photographs, video tapes, x-rays, or other visual aids that relate to your claim(s) in this action.

**ANSWER:**

**Request for Production No. 8:**

All documents, including handwritten notes and diaries, prepared or kept by you which discuss or relate to plaintiff's health in general or the issues in this action, including, but not limited to, specifically the original or copy of any information provided by or shown by you to your physicians and consultants.

**ANSWER:**

**Request for Production No. 9:**

All documents relating to any insurance claim of any kind by you, including without limitation, workers compensation benefit claims.

**ANSWER:**

**Request for Production No. 10:**

All non-produced documents relating to any lawsuit or legal action

brought by you or against you as described at Interrogatory
Number 3.

**ANSWER:**

**Request for Production No. 11:**

All documents relating to any settlement of any action, whether
judicial, administrative, or otherwise, brought by you.

**ANSWER:**

**Request for Production No. 12:**

All documents identified, or relied upon, in response to interrogatory
no. 13 in Defendants' First Set of Interrogatories to Plaintiff served
on you on this date.

**ANSWER:**

**Request for Production No. 13:**

All documents of any kind relating to your alleged disability.  This includes
but is not limited to any documents relating to any medical, mental health, or any
other treatment you received which is related in any way to your alleged
disability.

**ANSWER:**

**Request for Production No. 14:**

All documents identified, referred to, or relied upon in responding to the
Defendant's First Set of Interrogatories to Plaintiffs.

**ANSWER:**

## AUTHORIZATION TO FURNISH
## MEDICAL AND INSURANCE INFORMATION

Re:   **Manuel Perez, Jr.**

DOB:  _____

SSN:  _____

TO WHOM IT MAY CONCERN:

I hereby authorize any psychiatrist, physician, nurse or other medical personnel; any hospital, medical facility and other organization providing medical care, treatment, services and/or supplies; and any insurance organization to furnish to any representative of the United States any and all records, information and evidence in their possession, custody or control concerning the care, treatment, services, supplies, and/or insurance furnished **Manuel Perez, Jr.**

"Records" for purposes of this authorization shall include but not be limited to medical charts, physician's office records, correspondence to or from any person, entity or organization, all hospital records regularly maintained concerning patients, all laboratory reports, all x-rays, all medical reports furnished routinely or specially to any person, organization or entity including the patient, any representative of the patient or any insurance company, and all insurance records. In addition, but not excluding, production of AIDS, alcohol, and substance abuse records.

Upon representation of this authorization or of an exact reproduction thereof, you are directed to permit the personal review or reproduction of such records, information and evidence by any representative of the United States Attorney's Office or to have you copy such records, information and evidence and transmit them to the United States at the cost of the United States. You are also authorized to transmit any slides or tissue specimens to a representative of the United States for examination purposes.

The information is needed in relation to litigation presently pending in the United States District Court for the Southern District of Texas. The case style of this litigation is: *Manuel Perez, Jr. vs. John Ashcroft, etc.*, Civil Action No. B-03-141.

Dated: _____

_____
        **Manuel Perez, Jr.**

## AUTHORIZATION TO RELEASE
## EMPLOYMENT INFORMATION AND REPORTS

Re:   **Manuel Perez, Jr.**
DOB: _____
SSN: _____

TO WHOM IT MAY CONCERN:

I, **Manuel Perez, Jr.**, do hereby agree and consent that all employment

records, files, pay statements, personnel ratings and records, dates of

employment and leave and such other information relating to **Manuel Perez, Jr.**,

as may be included in said records and files by released by you to a

representative of the United States.  A copy of this release shall have the same

force as the original.

Dated: _____

_____

**Manuel Perez, Jr.**

## AUTHORIZATION TO RELEASE SOCIAL SECURITY RECORDS

Re:   **Manuel Perez, Jr.**
DOB: _____
SSN: _____

TO WHOM IT MAY CONCERN:

You are hereby authorized and requested to release to any agent of the United States a copy of any and all records or information, written or otherwise, relating to **Manuel Perez, Jr.**.

This release has been authorized because such information is needed for litigation pending in the United States District Court for the Southern District of Texas.  The case style of this litigation is: *Manuel Perez, Jr. vs. John Ashcroft, etc.*, Civil Action No.  B-03-141.

This authorization is valid for the pending of the litigation.  A photocopy of this authorization shall be considered as effective and valid as the original.

Dated: _____

_____
**Manuel Perez, Jr.**

## AUTHORIZATION TO RELEASE OFFICE OF PERSONNEL
## MANAGEMENT RECORDS

Re:   **Manuel Perez, Jr.**
DOB: _____
SSN: _____

TO WHOM IT MAY CONCERN:

You are hereby authorized and requested to release to any agent of the

United States Attorney's Office a copy of any and all records or information,

written or otherwise, relating to **Manuel Perez, Jr.**.

This release has been authorized because such information is needed for

litigation pending in the United States District Court for the Southern District of

Texas.  The case style of this litigation is: *Manuel Perez, Jr. vs. John Ashcroft,*

*etc.*, Civil Action No.  B-03-141.

This authorization is valid for the pending of the litigation.  A photocopy of

this authorization shall be considered as effective and valid as the original.

Dated: _____          _____
                            Manuel Perez, Jr.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

MANUEL PEREZ, JR.,                           *
     Plaintiff,                            *
                                             *
v.                                           *    CIVIL ACTION NO. B-03-140
                                             *
JOHN D. ASHCROFT, Attorney General           *
 for the United States, and TOM RIDGE,        *
Secretary of the United States Department    *
of Homeland Security,                        *
     Defendants.                           *

## DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF

TO:    Manuel Perez, Jr., plaintiff herein, in the above-styled and numbered cause, by and through her attorney of record:

        Mr. T. Mark Blakemore
        Attorney at Law
        835 E. Levee St.
        6th Floor
        Brownsville, Texas 78520

     PLEASE TAKE NOTICE that, pursuant to Rule 33 of the Federal Rules of Civil Procedure, Manuel Perez, Jr., plaintiff herein, is hereby required to answer under oath the interrogatories set forth below.

     To the extent permitted by Rule 26(e) of the Federal Rules of Civil Procedure, these interrogatories are to be deemed continuing interrogatories and the answers thereof are to be supplemented properly upon acquisition of further additional information.

     As used herein, the term "document" means any original or copy of words or information, whether produced in original or copy form by printing, typing, long-hand, or other process and regardless of the form thereof.  This term includes, but is not limited to, published materials, reports, correspondence, records,

memorandum, notices, notes, marginal notations, messages, teletype printouts, and evaluations.

As used here, the term "identify" means:

(a)    As to documents, give the date of each such document, the author thereof, the signer thereof, if any the person to whom addressed, if any, any file, index or other identifying number affixed to it and its general common generic name, and specify the person having custody or control thereof.

(b)    As to persons, give the full name of each person, his or her home and business address and telephone number, if known, and his or her employment, job title, or designation.

All interrogatories should be answered on the basis of your knowledge or information and belief, including that of your representatives, attorneys, employees, agents, and contractors. If any answer is given on information and belief, such fact should be stated in the answer. If any information called for in an interrogatory is being withheld on the ground that it is subject to attorney-client privilege or any other privilege, state with respect to such interrogatory that information is being withheld and state the alleged ground of the privilege.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:    (956) 548-2554
Fax:    (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Defendants' First Set of Interrogatories to Plaintiff was mailed to:

## VIA CERTIFIED MAIL, RETURN-RECEIPT REQUESTED:

> Mr. T. Mark Blakemore
> Attorney at Law
> 835 E. Levee St.
> 6th Floor
> Brownsville, Texas 78520

on this the __12th__ day of __February__, 2004.

NANCY L. MASSO
Assistant United States Attorney

# I N T E R R O G A T O R I E S

## Interrogatory No. 1:

State:  (a) your full name; (b) any other names you have used during your lifetime, including places and dates, inclusive, when and where such names were used; and (c) your residence address for the last ten (10) years to the present.

**ANSWER:**

## Interrogatory No. 2:

State your:  (a) social security number and (b) driver's license number.

**ANSWER:**

## Interrogatory No. 3:

State whether you have ever been a party in a civil or criminal proceeding.  If so, identify and state: (a) the style or title of each legal cause or official proceeding; (b) the court or tribunal in which it was filed; (c) its docket or file number; (d) the nature of the proceeding; and (e) the outcome of the proceeding.

**ANSWER:**

## Interrogatory No. 4:

State your general educational background and training including dates of graduation; and, with respect to any institution which you attended without graduation, provide the dates of attendance and courses taken.

**ANSWER:**

**Interrogatory No. 5:**

State your occupations, titles and positions, places of employment and identify your employers, if any, or business address is self-employed, for the last ten (10) years.

**ANSWER:**

**Interrogatory No. 6:**

Identify all sources of income from October 1996 to March 2000. In identifying these sources, provide a description of: (a) the nature of the income (i.e. financial aid, employment, etc.); (b) time periods in which this source provided income; and (c) the amount of income received from each respective source listed.

**ANSWER:**

**Interrogatory No. 7:**

State in detail each and every item of compensatory damages sustained by you as a result of the incidents set forth in your Complaint.

**ANSWER:**

**Interrogatory No. 8:**

Identify each person you expect to call as a fact witness at the trial and state as to each witness the subject matter on which said witness is expected to testify.

**ANSWER:**

**Interrogatory No. 9:**

Identify each person you intend to call as a testifying expert at the trial and state as to each witness, his or her area of expertise, and

the subject matter on which said witness is expected to testify.

**ANSWER:**


**Interrogatory No. 10:**

State whether, to your knowledge, there were any eye witnesses to the incidents alleged in your complaint and if so, identify them.

**ANSWER:**


**Interrogatory No. 11:**

State whether you have in your possession or are aware of any statements obtained from any witnesses to any of the facts alleged in your complaint and if so, identify those witnesses and statements.

**ANSWER:**


**Interrogatory No. 12:**

State all medical treatment which you have ever received within the last ten (10) years by physicians or any other medical or health care provider, in hospitals or other medical/nursing/rehabilitation or treatment facilities, or on an outpatient basis and with respect to each such treatment indicate the following: (a) date of treatment; (b) name and address of physician or other medical or health care provider and/or hospital or other medical/nursing/rehabilitation facility where treatment was carried out; (c) type of treatment and type of injury or sickness; (d) whether medical records exist with respect to such treatment and name and address of custodian of such medical records; and (e) result of treatment.

**ANSWER:**

**Interrogatory No. 13:**

Identify (or provide copies of) any medical documentation you submitted to the Defendants in support of your October 1996 request to return to work on "light duty status."

**ANSWER:**

**Interrogatory No. 14:**

Identify any evidence you submitted to the Defendants between the period October 1996 and March 2000 explaining your prognosis and your ability to perform the essential functions of your position.

**ANSWER:**

**Interrogatory No. 15:**

Identify and explain in detail any and all communications you had with Defendants between the period October 1996 and March 2000 regarding your medical condition and any attempt by you to return to work.

**ANSWER:**

**Interrogatory No. 16:**

Identify and explain in detail any and all requests for accommodation you made of Defendants between the period October 1996 and March 2000.

**ANSWER:**

**Interrogatory No. 17:**

State each and every fact which supports your allegation that "INS refused Plaintiff's request for light duty status even though INS had available openings in Plaintiff's job category," as stated in your complaint.

**ANSWER:**

**Interrogatory No. 18:**

State each and every fact that supports your allegation that Plaintiff is a qualified individual with a disability as alleged in your complaint.

**ANSWER:**

**Interrogatory No. 19:**

State each and every fact which supports your allegation that "Plaintiff is an individual with a disability who, with the reasonable accommodation of being placed on light duty status, can perform the essential functions of his job as an Immigration Detention Enforcement Officer," as alleged in your complaint.

**ANSWER:**

**Interrogatory No. 20:**

State and describe any psychological counseling or treatment, psychiatric counseling or treatment, pastoral counseling, marriage counseling, or any type of counseling or treatment whatsoever which you have received from 1994 to present and for each, please: (a) identify each psychologist, psychiatrist, pastor or counselor of any type; and (b) the condition for which said counseling or care or treatment or attention was rendered.

**ANSWER:**

**Interrogatory No. 21:**

Set forth an accurate statement of all personal and property expenses incurred by you or on your behalf as a result of the incidents as set forth in your complaint, listing specifically: (a) the total amount of each such bill; (b) if such bill has been paid, state by whom; (c) the person to whom such bill was paid; (d) the service or thing for which the bill was rendered; and (e) the date upon which each expense was incurred.

**ANSWER:**

## **AFFIDAVIT**

THE STATE OF TEXAS
COUNTY OF _____

BEFORE ME, the undersigned authority, on this day personally appeared MANUEL PEREZ, JR., who by me being duly sworn on his oath deposed and says:

My name is MANUEL PEREZ, JR., and I am the Plaintiff in the above-styled and numbered cause; that I have read the above and foregoing answers to said interrogatories; and that every statement contained therein is within my knowledge and is true and correct.

FURTHER AFFIANT SAITH NOT.

_____
MANUEL PEREZ, JR.

SUBSCRIBED AND SWORN TO BEFORE ME, on this the ___ day of _____, A.D., 2004, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

My Commission Expires: ____

**Masso, Nancy**

| | |
|---|---|
| **From:** | Masso, Nancy |
| **Sent:** | Monday, March 29, 2004 2:29 PM |
| **To:** | 'tmblakemore@tmb-atty.com' |
| **Subject:** | RE: Perez v. Ridge Discovery |

Mark:

No problem.  If need be, I'll touch base with you again around April 15th.

Thank you,

Nancy Masso, AUSA

-----Original Message-----
From: tmblakemore@tmb-atty.com [mailto:tmblakemore@tmb-atty.com]
Sent: Monday, March 29, 2004 1:30 PM
To: Masso, Nancy
Subject: Re: Perez v. Ridge Discovery


Nancy:

Thanks for the kind message.

We have been working with Mr. Perez for the information.  He experienced a house fire a
couple of years ago and lost most of his paperwork.  He has been trying to reconstruct his
file, obtain medial records and retrieve copies of his tax returns from the IRS in order
to comply with the discovery.  We would appreciate an extension until April 15 and if the
documents cannot be provided by then, I'll let you know and we'll discuss where we are.
Thank you again for your cooperation.

Mark

--- Original Message---
  To: "T. Mark Blakemore (E-mail)" <tmblakemore@tmb-atty.com>
  From: "Nancy.Masso@usdoj.gov" <Nancy.Masso@usdoj.gov>
  Sent:  3/29/2004 11:10AM
  Subject: Perez v. Ridge Discovery

>> Mark:
>>
>> Last month I forwarded to you some interrogatories and production requests in this
>> case.  My calendar shows that the responses were due a little over a week ago.  I
>> cannot recall if we agreed to any extension on these - if we did, please accept my
>> apologies.  If we haven't discussed time extensions, that's alright--I am amenable to
>> giving your client more time to submit his responses....I just need to have an idea of
>> when I can expect the responses.
>>
>> Thank you,
>>
>> Nancy Masso
>> Assistant U. S. Attorney
>> Southern District of Texas
>> 600 E. Harrison, No. 201
>> Brownsville, TX  78520
>> Tel:  (956) 548-2554
>> Fax: (956) 548-2549
>>
>>
>>



**Masso, Nancy**

| | |
|---|---|
| **From:** | tmblakemore@tmb-atty.com |
| **Sent:** | Wednesday, April 28, 2004 4:02 PM |
| **To:** | Masso, Nancy |
| **Subject:** | Re: RE: Perez Discovery |

Understood.  Thank you for your patience, Nancy.

Mark

--- Original Message---
 To: "'tmblakemore@tmb-atty.com'" <tmblakemore@tmb-atty.com>
 From: "Nancy.Masso@usdoj.gov" <Nancy.Masso@usdoj.gov>
 Sent:  4/28/2004  3:32PM
 Subject: RE: Perez Discovery

>> Mark:
>>
>> I can appreciate the problems that you are having--I have difficult clients to deal
with
>> as well.  However, I'll need to set a date certain for the receipt of your client's
>> responses.  Please advise your client that I will file a motion to compel his
compliance
>> if I do not receive a response by May 21, 2004.  I think that this is a reasonable
period
>> of time for which to submit the response to discovery.  If you disagree or have a basis
>> to seek more time to respond, please let me know.
>>
>> Thank you,
>>
>> Nancy Masso, AUSA
>>
>> -----Original Message-----
>> From: tmblakemore@tmb-atty.com [mailto:tmblakemore@tmb-atty.com]
>> Sent: Wednesday, April 21, 2004 5:47 PM
>> To: Masso, Nancy
>> Subject: Re: Perez Discovery
>>
>>
>> I apologize, Nancy.  I am having some communication problems with my client.  We
>> are making concerted efforts to get his responses.  I will not let this jeopardize your
>> trial preparation.
>>
>> Mark
>>
>> --- Original Message---
>> To: "T. Mark Blakemore (E-mail)" <tmblakemore@tmb-atty.com>
>> From: "Nancy.Masso@usdoj.gov" <Nancy.Masso@usdoj.gov>
>> Sent:  4/20/2004  2:17PM
>> Subject: Perez Discovery
>>
>> >> Mark:
>> >>
>> >> Please advise when I may anticipate receipt of the Plaintiff's response to discovery
>> I
>> >> forwarded to you in February.  I look forward to hearing from you.
>> >>
>> >> Nancy Masso
>> >> Assistant U. S. Attorney
>> >> Southern District of Texas
>> >> 600 E. Harrison, No. 201
>> >> Brownsville, TX  78520
>> >> Tel:  (956) 548-2554

1

```
>> >> Fax: (956) 548-2549
>> >>
>> >>
>> >>
>>
>>
>>
```