United States District Court
Southern District of Texas
ENTERED

JUL 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| MANUEL PEREZ, JR., <br> Plaintiff, | § § § | |
| v. | § | CIVIL NO. B-03-140 |
| JOHN D. ASHCROFT, Attorney General for the United States, and TOM RIDGE, Secretary of the United States Department of Homeland Security, <br> Defendants. | § § § § § § § | |

## ORDER

Upon consideration of Defendants' John D. Ashcroft and Tom Ridge Motion to Compel Plaintiff to Respond to Defendants' First Set of Interrogatories and Defendants' Requests for Production, the Court **GRANTS** said motion and **ORDERS** Plaintiff Manuel Perez, Jr. to answer within thirty (30) days of this Order. Plaintiff's failure to so answer will result in the Court's dismissal of the case with prejudice.

Signed in Brownsville, Texas, this 8th day of July, 2004.

Andrew S. Hanen
United States District Judge