# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL PEREZ, JR., | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-140 |
| | § | |
| JOHN ASHCROFT, Attorney General | § | |
| Of the United States and | § | |
| TOM RIDGE, Secretary of the United | § | |
| States Department of Homeland | § | |
| Security | § | |

## PLAINTIFF MANUEL PEREZ, JR.'S
## RESPONSE TO DEFENDANTS' REQUESTS FOR PRODUCTION TO PLAINTIFF

**TO THE HONORABLE JUDGE OF SAID COURT:**

   **COMES NOW Plaintiff MANUEL PEREZ, JR.,** and files this his Response to

Defendants' Requests for Production to Plaintiff pursuant to Rule 34, Federal Rules of

Civil Procedure.

                    Respectfully submitted,
                    T. Mark Blakemore
                    Attorney, Counselor and Mediator
                    835 E. Levee Street, Sixth Floor
                    Brownsville, Texas 78520-5101
                    (956) 541-5900    (956) 541-5905/fax


                    By:_____
                       T. Mark Blakemore
                       Federal ID No. 1915
                       State Bar No. 02431800
                    **Attorney for MANUEL PEREZ, JR.**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Plaintiff Manuel Perez, Jr.'s Response to Defendants' Requests for Production to Plaintiff has been provided as follows:

**CMRRR#CMRRR 7003 0500 0003 2613 3063**
Michael T. Shelby
United States Attorney
Attn: Civil Docketing Clerk
PO Box 61129
Houston, TX 77208

**CMRRR#CMRRR 7003 0500 0003 2613 3070**
Nancy L. Masso
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520

Dated:  July 23, 2004

T. Mark Blakemore

## RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS

**Request for Production No. 1:** All of plaintiffs federal income tax returns and records, and all documents showing other income from any source derived, of any character, or for his benefit, during the time period beginning October 1996 through the present date, inclusive; including all tax returns prepared for, or filed during such time period.

**ANSWER:** Plaintiff will permit inspection as requested. Documents were produced in binder labeled: #1 Federal Income Tax and records, October 96 to present. Plaintiff did not produce all federal income tax returns filed because they were destroyed in a fire; however, other documents showing other income were produced for inspection. Documentation relating to stocks purchased during 1996 were lost in a house fire; however, due to lack of income, Plaintiff had to sell stock at a loss.

**Request for Production No. 2:** All medical records, including x-rays, administrative and personnel records of plaintiff which are in existence relating to any and all medical treatment (including psychological, psychiatric, substance abuse, and mental health treatments of consultations) which plaintiff has ever received during the past ten years from physicians, psychologists, or any other medical or health care providers, in hospitals, or any other medical/ nursing/rehabilitation facilities, or on an outpatient basis or in any manner or capacity whatsoever. Authorizations to furnish medical information and personnel records are attached for plaintiffs use in complying with this request. These forms should be returned as soon as possible to the undersigned Assistant United States Attorney.

**ANSWER:** Plaintiff will permit inspection as requested. The authorizations attached to the Request for Production have been executed and are attached to this response. Documents were produced in binders labeled: #2 Medical Reports, Physical Therapy 6-15-94, Medications, T&A's & Dr Excuse and a clasp envelope labeled Physical Exam by Agency. Most of the medical documentation in Plaintiff's possession was lost in a house fire, and much of the doctors' medical documentation has been stored or destroyed.

**Request for Production No. 3:** All documents which you intend to offer at trial in support of your claim(s) in this action.

**ANSWER:** Plaintiff will permit inspection as requested. Specific documents to be used at trial will be identified with the preparation of the joint pretrial order.

**Request for Production No. 4:** All medical and other bills which you claim were incurred as a result of the incidents alleged in this action.

**ANSWER:** Plaintiff will permit inspection as requested. Documents were produced in binders labeled: #2 Medical Reports, Physical Therapy 6-15-94 and Medications.

**Request for Production No. 5:** All Social Security and Office of Personnel Management (OPM) records relating in any way to plaintiff, including the dates of any claims or applications for assistance because of unemployment, ill health or disability, and all records of any acceptance, denial, modification or payment of benefits.

**ANSWER:** Plaintiff will permit inspection as requested. Documents were produced in binders labeled: Book No# 6 OPM, SF-50, Appraisals and Letters to Congressman Solomon P. Ortiz.

**Request for Production No. 6:** With regard to any Social Security or OPM records referred to in Request No. 5 above which are in existence but are not physically in the possession or custody of you or your attorney, but which are under your control, the defendant requests that the plaintiff execute an authorization to allow the defendant to examine and obtain copies of said records. Authorizations to release Social Security and OPM records are enclosed for your signature.

**ANSWER:** The authorizations attached to the Request for Production have been executed and are attached to this response.

**Request for Production No. 7:** All photographs, video tapes, x-rays, or other visual aids that relate to your claim(s) in this action.

**ANSWER:** Plaintiff will permit inspection as requested. Documents were produced in binder labeled: #2 Medical Reports. Defendants have video on PR-24 training.

**Request for Production No. 8:** All documents, including handwritten notes and diaries, prepared or kept by you which discuss or relate to plaintiffs health in general or the issues in this action, including, but not limited to, specifically the original or copy of any information provided by or shown by you to your physicians and consultants.

**ANSWER:** Plaintiff will permit inspection as requested. Documents were produced in binders offered for inspection that included handwritten notes on some of the documents produced.

**Request for Production No. 9:** All documents relating to any insurance claim of any kind by you, including without limitation, workers compensation benefit claims.

**ANSWER:** Plaintiff will permit inspection as requested. Documents were produced in binders labeled: Book No#6 OPM and an unmarked binder.

**Request for Production No. 10:** All non-produced documents relating to any lawsuit or legal action brought by you or against you as described at Interrogatory Number 3.

**ANSWER:** The documentation responsive to this request in Plaintiff's possession was lost in a house fire; however, Plaintiff will attempt to obtain information from attorney handling divorce action and litigation regarding air plane crash and supplement this response.

**Request for Production No. 11:** All documents relating to any settlement of any action, whether judicial, administrative, or otherwise, brought by you.

**ANSWER:** Plaintiff will permit inspection as requested. Documents were produced in binder labeled: Book No# 6 OPM and unmarked binder.

**Request for Production No. 12:** All documents identified, or relied upon, in response to interrogatory .no. 13 in Defendants' First Set of Interrogatories to Plaintiff served on you on this date.

**ANSWER:** Plaintiff will permit inspection as requested. Documents were produced in binders labeled: #2 Medical Reports, Physical Therapy 6-15-94, and Medications and a clasp envelope labeled Physical Exam by Agency. Additionally, authorizations to furnish medical information and personnel records are attached for Defendants' use.

**Request for Production No. 13:** All documents of any kind relating to your alleged disability. This includes but is not limited to any documents relating to any medical, mental health, or any other treatment you received which is related in any way to your alleged disability.

**ANSWER:** Plaintiff will permit inspection as requested. Documents were produced in binders labeled: #2 Medical Reports, Physical Therapy 6-15-94, Medications, Book No# 6 OPM, SF-50, Appraisals, T&A's & Dr. Excuse, unmarked binder and a clasp envelope labeled Physical Exam by Agency.

**Request for Production No. 14:** All documents identified, referred to, or relied upon in responding to the Defendant's First Set of Interrogatories to Plaintiffs.

**ANSWER:** Plaintiff will permit inspection as requested. Documents were produced in binders labeled: No. 1 Federal Income Tax and records-October 96 to present, Earning & Leave Form AD 334, No. 2 Medical Reports, Physical Therapy 6-15-94 Injury, Medications, Book No# 6 OPM, SF-50, Appraisals, Documents Dropped Off at Home Between 1996-2002, Letters to Congressman Solomon P. Ortiz, Post Orders, T&A's & Dr Excuse, unmarked binder and a clasp envelope labeled Physical Exam by Agency.