15

United States District Court
Southern District of Texas
FILED

AUG 0 2 2004

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL PEREZ, JR., | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-140 |
| | § | |
| JOHN ASHCROFT, Attorney General | § | |
| Of the United States and | § | |
| TOM RIDGE, Secretary of the United | § | |
| States Department of Homeland | § | |
| Security | § | |

---

## PLAINTIFF MANUEL PEREZ, JR.'S
## RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW **Plaintiff MANUEL PEREZ, JR.**, and files this his Response to

Defendants' First Set of Interrogatories to Plaintiff pursuant to Rule 33, Federal Rules of

Civil Procedure.

Respectfully submitted,

T. Mark Blakemore
Attorney, Counselor and Mediator
835 E. Levee Street, Sixth Floor
Brownsville, Texas 78520-5101
(956) 541-5900 ● (956) 541-5905/fax

By:_____
    T. Mark Blakemore
    Federal ID No. 1915
    State Bar No. 02431800

**Attorney for MANUEL PEREZ, JR.**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Plaintiff Manuel Perez, Jr.'s Response to Defendants' First Set of Interrogatories to Plaintiff has been provided as follows:

**CMRRR#7003 2260 0003 0888 3855**
Michael T. Shelby
United States Attorney
Attn: Civil Docketing Clerk
PO Box 61129
Houston, TX 77208

**CMRRR#7003 2260 0003 0888 3862**
Nancy L. Masso
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520

Dated: July 30, 2004

_____
T. Mark Blakemore

# INTERROGATORIES

**Interrogatory No. 1:** State: (a) your full name; (b) any other names you have used during your lifetime, including places and dates, inclusive, when and where such names were used; and (c) your residence address for the last ten (10) years to the present.

**ANSWER:** (a) Manuel Perez, Jr.; (b) Manuel Perez, used interchangeably with Manuel Perez, Jr. by employer and treating physicians, additionally, employer used Manual Perez, Jr.; (c) Rt. 3, Box 327, Los Fresnos, Texas 78566 from 02/1991 to 08/1996, and 206 East 7th Street, Los Fresnos, Texas 78566 from 08/1996 to present.

**Interrogatory No. 2:** State your: (a) social security number and (b) driver's license number.

**ANSWER:** (a) SSN: 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; (b) TXDL#09763509.

**Interrogatory No. 3:** State whether you have ever been a party in a civil or criminal proceeding. If so, identify and state: (a) the style or title of each legal cause or official proceeding; (b) the court or tribunal in which it was filed; (c) its docket or file number; (d) the nature of the proceeding; and (e) the outcome of the proceeding.

**ANSWER:**

| 1. (a) Style: Manuel Perez, Jr. and San Juanita T. Perez vs. Continental Airlines, Inc., Norman L. Gustitos, Individual and as Captain of Continental Airlines Flight 1078 and Representative of Continental Airlines, Inc., Gabriel Vaisman, Individually and as first Officer of Continental Airlines Flight 1078 and Texas Air Corporation ||||
|---|---|---|---|
| (b) 138th Judicial District Court Cameron County, Texas | (c) 93-09-4641-B | (d) Injury while traveling on public carrier | (e) Out of Court Settlement |
| 2. (a) In the Matter of the Marriage of San Juanita T. Perez and Manuel Perez, Jr. and in the Interest of Christopher Daniel Perez, a minor child ||||
| (b) 197th Judicial District Court Cameron County, Texas | (c) 2001-03-001197-C | (d) Divorce | (e) Final Decree |

**Interrogatory No. 4:** State your general educational background and training including dates of graduation; and, with respect to any institution which you attended without graduation, provide the dates of attendance and courses taken.

**ANSWER:**

| Institution: | Courses Taken | Dates of Attendance | Graduation Date |
|---|---|---|---|
| USMC | MOS-1345-Combat Engineer | 11/1974-02/1975 | 02/1975 |
| Adult Education Program, Abilene, Texas | GED | 02/1979 | 02/1979 |
| Abilene Sheriff's Dept. | Correctional Officer | 05/1983-05/1983 | 05/1983 |
| Austin Police Dept. | Correctional Officer | 05/1986-05/1986 | 05/1986 |

| Dept. of Justice | Immigration Detention Enforcement Officer | 09/1991-11/1991 | 11/1991 |
|---|---|---|---|

**Interrogatory No. 5:** State your occupations, titles and positions, places of employment and identify your employers, if any, or business address if self employed, for the last ten (10) years.

**ANSWER:** Employed by Department of Justice, Immigration and Naturalization Service, Harlingen District Office and Port Isabel Processing Center for the last ten (10) years as follows:

| Title | Position | Date from | —to |
|---|---|---|---|
| Immigration Detention Enforcement Officer | Journeyman | 04/25/1988 | 10/22/2001 |

**Interrogatory No. 6:** Identify all sources of income from October 1996 to March 2000. In identifying these sources, provide a description of: (a) the nature of the income (i.e. financial aid, employment, etc.); (b) time periods in which this source provided income; and (c) the amount of income received from each respective source listed.

**ANSWER:**

|  | (a) Nature of Income | (b) Time Periods | (c) Amount of Income |
|---|---|---|---|
| 1996 | Settlement proceeds from Perez, *et ux.* vs. Continental Airlines, Inc., *et al.* | 05/13/1996 | $377,132.18 |
| 1997 | | | 0.00 |
| 1998 | | | 0.00 |
| 1999 | | | 0.00 |
| 2000 | Department of Justice | 03/19/2000 to 12/31/2000 | $25,250.00 |

**Interrogatory No. 7:** State in detail each and every item of compensatory damages - sustained by you as a result of the incidents set forth in your Complaint.

**ANSWER:** All LWOP (leave without pay) checks withheld from October 29, 1996 to March 19, 2000. See Exhibit A attached hereto and made a part hereof the same as if fully copied and set forth at length.

**Interrogatory No. 8:.** Identify each person you expect to call as a fact witness at the trial and state as to each witness the subject matter on which said witness is expected to testify.

**ANSWER:**

| Name | Address | Phone Number | Subject Matter |
|---|---|---|---|
| Howard Bargendahl | Employed by INS | Unknown | Shoulder Injury |
| Janice Hernandez | Employed by INS | Unknown | Light Duty Status |
| Cecilio L. Ruiz, Jr. | Employed by | Unknown | Light Duty Status |

|  | Cameron County |  |  |
|---|---|---|---|
| George Gonzalez | Harlingen, Texas | Unknown | Light Duty Status |
| Jesse Rosales | Employed by INS | Unknown | Light Duty Status |
| Roberto Chavez | Employed by INS | Unknown | Shoulder Injury |
| Juan Garcia | Harlingen, Texas | Unknown | Shoulder Injury |
| Ruben Hernandez | Harlingen, Texas | Unknown | Shoulder Injury |
| David Sanchez | Texas Dept. of Corrections | Unknown | Shoulder Injury |
| Ruth Scholtz | Employed by INS | Unknown | Employment Status |
| Leo Yzaguirre | Employed by INS | Unknown | Lack of Job Accomodations |
| Mr. Castle | Reassigned by INS | Unknown | Lack of Job Accomodations |

**Interrogatory No. 9:** Identify each person you intend to call as a testifying expert at the trial and state as to each witness, his or her area of expertise, and the subject matter on which said witness is expected to testify.

**ANSWER:**

| Name/Address | Subject Matter |
|---|---|
| Gregory S. Goldsmith, M.D.<br>110 East Savannah St.<br>Building B, Suite 101<br>McAllen, Texas 78503 | Shoulder |
| Rey Mireles<br>1910 S. First St., Site 200<br>P. O. Box 1287<br>McAllen, Texas 78502 | E.M.G. |
| Homero Rivas<br>600 Broadway<br>McAllen, Texas 78501 | Primary Physician |
| Mike Sweeney, M.D.<br>Renaissance Orthopaedics<br>1090 E. Alton Gloor Blvd.<br>Brownsville, Texas 78520<br><br>512 East Dove<br>McAllen, Texas 78504 | Surgery |
| William Snyder, MD<br>320 Lindberg Center<br>McAllen, TX 78501 | Shoulder |
| Humberto Tijerina<br>McAllen Neurosurgical Center, P.A.<br>P. O. Box 5426<br>1801 S. 5th Ste 211<br>McAllen, Texas 78503 | Back, Neck, Shoulder |
| Los Fresnos Health Clinic | Diabetes |

| 725 Ocean Dr.<br>Los Fresnos, Texas | |
|---|---|
| Carlos De Juana<br>110 E. Savannah<br>Building C., Suite 101<br>McAllen, Texas 78503 | Urologist |
| Cornerstone Open MRI Center<br>2616 Cornerstone Blvd.<br>Edinburg, Texas 78539 | MRI of Right Shoulder |
| L. M. Farolan, M.D.<br>837 E. Esperanza Ste A<br>McAllen, Texas 78502 | Review MRI of Right Shoulder |

**Interrogatory No. 10:** State whether, to your knowledge, there were any eye witnesses to the incidents alleged in your complaint and if so, identify them.

**ANSWER:** The individuals identified below are eye witnesses to the incidents alleged in my complaint:

| Name | Address | Phone Number |
|---|---|---|
| Howard Bargendahl | Employed by INS | Unknown |
| Roberto Chavez | Employed by INS | Unknown |
| Juan Garcia | Harlingen, Texas | Unknown |
| Ruben Hernandez | Harlingen, Texas | Unknown |
| David Sanchez | Texas Dept. of Corrections | Unknown |
| Ruth Scholtz | Employed by INS | Unknown |
| Cecilio L. Ruiz, Jr. | Employed by Cameron County | Unknown |
| Janice Hernandez | Employed by INS | Unknown |
| Mike Sweeney | 512 East Dove<br>McAllen, Texas 78504 | 542-1850 |
| Leo Yzaguirre | Employed by INS | Unknown |
| Mr. Castle | Reassigned by INS | Unknown |

**Interrogatory No. 11:** State whether you have in your possession or are aware of any statements obtained from any witnesses to any of the facts alleged in your complaint and if so, identify those witnesses and statements.

**ANSWER:** Statements were obtained from the witnesses identified below:

| Name | Address | Phone Number |
|---|---|---|
| Howard Bargendahl | Employed by INS | Unknown |

**Interrogatory No. 12:** State all medical treatment which you have ever received within the last ten (10) years by physicians or any other medical or health care provider, in hospitals or other medical/nursing/rehabilitation or treatment facilities, or on an outpatient basis and with respect to each such treatment indicate the following: (a) date of treatment; (b) name and address of physician or other medical or health care provider and/or hospital or other medical/nursing/rehabilitation facility where treatment was carried out; (c) type of treatment and type of injury or sickness; (d) whether medical

records exist with respect to such treatment and name and address of custodian of such medical records; and (e) result of treatment.

**ANSWER:**

| (a) Date | (b) Name/Address | (c) Type of Treatment | (d) Medical Records | (e) Result of Treatment |
|---|---|---|---|---|
| 06/15/1994- | Gregory S. Goldsmith, M.D.<br>110 East Savannah St.<br>Building B, Suite 101<br>McAllen, Texas 78503 | Shoulder | Yes | Referred to Dr. Mireles |
| 06/15/1994 | Rey Mireles<br>1910 S. First St., Site 200<br>P. O. Box 1287<br>McAllen, Texas 78502 | E.M.G. | Yes | Referred to Dr. Rivas |
| 1993-1994 | Central Valley Rehabilitation Center<br>300 S. 2nd St.<br>McAllen, Texas 78501 | Physical Therapy | Yes | Physical Therapy |
| 09/18/1991-<br>06/15/1994 | Homero Rivas<br>600 Broadway<br>McAllen, Texas 78501 | Primary Physician | Yes | Referred to Sweeney |
| 06/15/1994-<br>2000 | Mike Sweeney, M.D.<br>Renaissance Orthopaedics<br>1090 E. Alton Gloor Blvd.<br>Brownsville, Texas 78520<br><br>512 East Dove<br>McAllen, Texas 78504 | Surgery | Yes | Surgery |
| 02/03/1997- | William Snyder, MD<br>320 Lindberg Center<br>McAllen, TX 78501 | Shoulder | Yes | Referred to Dr. Sweeney |
| 1994-1996 | Health Success Physical Therapy & Reconditioning Center<br>729 Coronado Village<br>Harlingen, Texas 78550 | Physical Therapy | Yes | Physical Therapy |
| 1994 | Trucare Physical Rehabilitation Center<br>13760 Noel Road, #200<br>Dallas, Texas 75240 | Physical Therapy | Yes | Physical Therapy |
| 06/15/1994-<br>10/29/1998 | Puig Physical Therapy Center<br>2122 E. Griffin Parkway<br>Mission, Texas 78572 | Physical Therapy | Yes | Physical Therapy |
| 09/18/1991-<br>2000 | Humberto Tijerina<br>McAllen Neurosurgical | Back, Neck, Shoulder | Yes | Back, Neck, Shoulder |

| | | | | |
|---|---|---|---|---|
| | Center, P.A.<br>P. O. Box 5426<br>1801 S. 5th Ste 211<br>McAllen, Texas 78503 | | | |
| 1996-Present | Los Fresnos Health Clinic<br>725 Ocean Dr.<br>Los Fresnos, Texas | Diabetes | Yes | Diabetes |
| 1991 | Carlos De Juana<br>110 E. Savannah<br>Building C., Suite 101<br>McAllen, Texas 78503 | Urologist | Yes | Surgery of Right Testicle |
| 03/30/2004 | Cornerstone Open MRI Center<br>2616 Cornerstone Blvd.<br>Edinburg, Texas 78539 | MRI of Right Shoulder | Yes | Referred to Radiologist |
| 03/30/2004 | L. M. Farolan, M.D.<br>837 E. Esperanza Ste A<br>McAllen, Texas 78502 | Review MRI of Right Shoulder | Yes | Issued Findings and Impression |

**Interrogatory No. 13:** Identify (or provide copies of) any medical documentation you submitted to the Defendants in support of your October 1996 request to return to work on "light duty status."

**ANSWER:** Copies of all medical documentation was submitted for inspection and authorizations relating to the production of medical documents have been executed and are attached to the Request for Production. Documents were produced in response to Plaintiff's Response to Defendants' Request for Production of Documents in binders labeled: #2 Medical Reports, Physical Therapy 6-15-94, Medications, T&A's & Dr Excuse and a clasp envelope labeled Physical Exam by Agency. The reassignment to light duty status was in force since September 28, 1994; however, a reassignment of duties on October 29, 1996 overlooked Plaintiff's light duty status. Plaintiff therefore requested that the job duties be submitted to his physician for approval.

**Interrogatory No. 14:** Identify any evidence you submitted to the Defendants between the period October 1996 and March 2000 explaining your prognosis and your ability to perform the essential functions of your position.

**ANSWER:** Copies of all medical documentation was submitted for inspection and authorizations relating to the production of medical documents have been executed and are attached to the Request for Production. Documents were produced in response to Plaintiff's Response to Defendants' Request for Production of Documents in binders labeled: #2 Medical Reports, Physical Therapy 6-15-94, Medications, T&A's & Dr Excuse and a clasp envelope labeled Physical Exam by Agency.

**Interrogatory No. 15:** Identify and explain in detail any and all communications you had with Defendants between the period October 1996 and March 2000 regarding your medical condition and any attempt by you to return to work.

**ANSWER:** Copies of all medical documentation was submitted for inspection and authorizations relating to the production of medical documents have been executed and are attached to the Request for Production. Documents were produced in response to Plaintiff's Response to Defendants' Request for Production of Documents in binders labeled: #2 Medical Reports, Physical Therapy 6-15-94, Medications, T&A's & Dr Excuse and a clasp envelope labeled Physical Exam by Agency. Plaintiff had several conversations with his supervisors and the INS administration office. Any written communications, if in Plaintiff's possession, have been produced.

**Interrogatory No. 16:** Identify and explain in detail any and all requests for accommodation you made of Defendants between the period October 1996 and March 2000.

**ANSWER:** Copies of all medical documentation was submitted for inspection and authorizations relating to the production of medical documents have been executed and are attached to the Request for Production. Documents were produced in response to Plaintiff's Response to Defendants' Request for Production of Documents in binders labeled: #2 Medical Reports, Physical Therapy 6-15-94, Medications, T&A's & Dr Excuse and a clasp envelope labeled Physical Exam by Agency. The medical records detail the light duty work requested to enable Plaintiff to work within his physical capabilities. All written communications in Plaintiff's possession have been produced. Various oral conversations following up on requests for accommodation were had with supervisors and administration.

**Interrogatory No. 17:** State each and every fact which supports your allegation that "INS refused Plaintiffs request for light duty status even though INS had available openings in Plaintiffs job category," as stated in your complaint.

**ANSWER:** Plaintiff was holding an accommodated job from 1994 until on or about October 29, 1996 when the INS denied having any job for him unless he could return to work on full duty status. After submission of the same physician-approved duties as Plaintiff was working under in his position from 1994 until October, 1996, the INS called him back for the same control room officer position in March 2000.

**Interrogatory No. 18:** State each and every fact that supports your allegation that Plaintiff is a qualified individual with a disability as alleged in your complaint.

**ANSWER:** Homer Rivas, M.D. diagnosed Plaintiff's disability on or about 1991, and Plaintiff was reassigned to light duty status based on his physician's approval of the reassignment. Additionally, Plaintiff attached his physician excuses and/or reports to the T & A's submitted to his T & A Supervisor, as appropriate.

**Interrogatory No. 19:** State each and every fact which supports your allegation that "Plaintiff is an individual with a disability who, with the reasonable accommodation of being placed on light duty status, can perform the essential functions of his job as an Immigration Detention Enforcement Officer," as alleged in your complaint.

**ANSWER:** The corrected Performance Appraisal Record for the rating period April 01, 2000 to March 31, 2001 rated by Ruth Scholtz rated Plaintiff in performing his job functions from fully successful to outstanding, in spite of his light duty status.

**Interrogatory No. 20:** State and describe any psychological counseling or treatment, psychiatric counseling or treatment, pastoral counseling, marriage counseling, or any type of counseling or treatment whatsoever which you have. received from 1994 to present and for each, please: (a) identify each psychologist, psychiatrist, pastor or counselor of any type; and (b) the condition for which said counseling or care or treatment or attention was rendered.

**ANSWER:**

| (a) Treated by: | (b) Condition Treated/Counseled |
|---|---|
| Psychiatrist referred by Agency | Altered behavior due to medications prescribed by physicians |

**Interrogatory No. 21:** Set forth an accurate. statement of all personal and property expenses incurred by you or on your behalf as a result of the incidents as set forth in your complaint, listing specifically: (a) the total amount of each such bill; (b) if such bill has been paid, state by whom; (c) the person to whom such bill was paid; (d) the service or thing for which the bill was rendered; and (e) the date upon which each expense was incurred.

**ANSWER:** All living expenses from October 29, 1996 to March 19, 2000 were borne by Manuel Perez, Jr. from savings because Plaintiff's LWOP employment checks were withheld. Additionally, Plaintiff was asked to move out of the U.S. Government housing and had to bear the expense of making alternate arrangements for housing his family, including, purchasing a home.

## **AFFIDAVIT**

THE STATE OF TEXAS        §
                          §
COUNTY OF CAMERON    §

BEFORE ME, the undersigned authority, on this day personally appeared MANUEL PEREZ, JR., who by me being duly sworn on his oath deposed and says:

My name is MANUEL PEREZ, JR., and I am the Plaintiff in the above styled and numbered cause; that I have, read the above and foregoing answers to said interrogatories; and that every statement contained therein is within my knowledge and is true and correct.

FURTHER AFFIANT SAITH NOT.

_____
MANUEL PEREZ, JR.

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 30th day of July, 2004, A.D. to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC, STATE OF TEXAS
My Commission Expires:



VIRGINIA P. GIL
Notary Public, State of Texas
My Commission Expires 11-05-2005

| Grade | Date | Yearly Pay | OWCP 75% Pay | Per Month | Pay Per Day |
|---|---|---|---|---|---|
| 7-4 | 8/01/96-9/17/96 | $29,150.00 | $21,862.50 | $1821.87 | $58.77x48Days=$2820.96 |
| 7-5 | 9/18/96-12/31/96 | $29,938.00 | $22,453.50 | $1871.12 | $62.37x105Days=$6548.91 |
| 7-5 | 1/1/97-12/31/97 | $32,626.00 | $24,469.50 | $2039.12 | $67.03x365Days=24,469.50 |
| 7-5 | 1/1/98-9/17/98 | $33,024.00 | $24,768.00 | $2064.40 | $68.81x285Days=19,611.79 |
| 7-6 | 9/18/98-12/31/98 | $33,893.00 | $25,419.75 | 2118.31 | $70.61x103Days=7272.86 |
| 7-6 | 1/1/99-12/31/99 | $35,097.00 | $26,322.75 | $2193.56 | $72.11x365Days=$26,322.75 |
| 7-6 | 1/1/00-3/20/00 | $36,741.00 | $27,555.75 | $2296.31 | $76.54x80Days=6123.49 |
|  |  |  |  |  | $93,170.26 |
|  |  |  |  |  | Interest 9%       $  8385.32 |
|  |  |  |  |  | Total amount     $101,555.58 |
|  |  |  |  |  |  |

Exhibit____A____

Page ___1___ Of ___1___