

United States District Court
Southern District of Texas
FILED

AUG 1 3 2004

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| MANUEL PEREZ, JR., | * |
|     Plaintiff, | * |
| | * |
| v. | *  CIVIL ACTION NO. B-03-140 |
| | * |
| JOHN D. ASHCROFT, Attorney General | * |
|  for the United States, and TOM RIDGE, | * |
| Secretary of the United States Department | * |
| of Homeland Security, | * |
|     Defendants. | * |

### *DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF SCHEDULING ORDER DEADLINES*

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendants, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, herein move this Court for an order extending all the deadlines set in this case by ninety (90) days. Defendants submit that unanticipated delays occurred during the initial phase of discovery; as a consequence of this delay, Defendants require additional time to complete discovery, name experts, and, if necessary, prepare and file appropriate motions with the Court. Defendants do not seek this extension for the purpose of delay; rather, Defendants seek this extension so justice may be served.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that this Court set extend all the scheduling deadlines in its December 12, 2003 Scheduling Order by a period of no less than ninety (90) days.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:   (956) 548-2554
Fax:  (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

### *Certificate of Consultation*

The undersigned certifies that, in accordance with the local rules of this Court, counsel for the Plaintiff was consulted about the filing of this motion.  On August 10, 2004, Plaintiff's counsel advised that he did not oppose this motion.

Dated: August 13, 2004

NANCY L. MASSO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing:

DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF SCHEDULING ORDER DEADLINES

was mailed via certified mail, return receipt requested to Plaintiff's Attorney of Record:

Mr. T. Mark Blakemore
Attorney at Law
835 E. Levee St.
6th Floor
Brownsville, Texas 78520

August 13, 2004
Date

NANCY L. MASSO
Assistant United States Attorney