IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | |
|---|---|
| MANUEL PEREZ, JR.<br>Plaintiff, | §<br>§<br>§ |
| v. | § CIVIL NO. B-03-140 |
| JOHN D. ASHCROFT, Attorney General<br>for the United States, and TOM RIDGE,<br>Secretary of the United States Department<br>of Homeland Security<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Having reviewed Defendants John Ashcroft's and Tom Ridge's Motion for Extension of Scheduling Order Deadlines, the Court hereby grants said motion to the extent that the deadlines set in this case are extended as follows:

1. The plaintiff's experts will be named with a report furnished by November 1, 2004.

2. The defendants' experts must be named with a report furnished by December 20, 2004.

3. Discovery must be completed by February 1, 2005.

4. Dispositive motions will be filed by January 3, 2005.

5. Non-dispositive motions will be filed by February 18, 2005.

6. Joint pretrial order is due February 18, 2005.

Docket call and jury selection will be held in March 2005, and the Court will notify the parties of the exact dates and times in the near future.

Signed in Brownsville, Texas, the 20th day of August, 2004.

Andrew S. Hanen
United States District Judge