# UNITED STATES DISTRICT COURT
## For the Southern District of Texas

Manuel Perez Jr

                              Plaintiff

v.                                          Case No.: 1:03–cv–00140
                                            Judge Andrew S. Hanen

Department of Homeland Security
John Ashcroft
Tom Ridge , et al.

                              Defendant

---

## NOTICE OF SETTING

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN
SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison, 1st Floor
Brownsville, TX 78520

**DATE:**      3/1/05

**TIME:**      01:30 PM

**TYPE OF PROCEEDING:**      Docket Call

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE
ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE
CONTENTS OF THIS NOTICE.**

Date:   December 29, 2004

                                        Michael N. Milby, Clerk