**UNITED STATES DISTRICT COURT**
For the Southern District of Texas

Manuel Perez Jr

                     Plaintiff

v.                                            Case No.: 1:03−cv−00140
                                               Judge Andrew S. Hanen

Department of Homeland Security
John Ashcroft
Tom Ridge , et al.

                     Defendant

---

## NOTICE OF SETTING

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison, 1st Floor
Brownsville, TX 78520

**DATE:**     3/3/05

**TIME:**     09:00 AM

**TYPE OF PROCEEDING:**     Jury Selection

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   December 29, 2004

                                                                Michael N. Milby, Clerk