## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL PEREZ, JR., <br>     Plaintiff, <br> <br> v. <br> <br> JOHN D. ASHCROFT, Attorney General <br> for the United States, and TOM RIDGE, <br> Secretary of the United States Department <br> of Homeland Security, <br>     Defendants. | * <br> * <br> * <br> *   CIVIL ACTION NO. B-03-140 <br> * <br> * <br> * <br> * <br> * <br> * |

## DEFENDANTS' MOTION TO DISMISS AND
## ALTERNATIVE MOTION FOR SUMMARY JUDGEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

    The Defendants herein move to have this case dismissed for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; alternatively, Defendants move for summary judgement on the basis that they are entitled to judgement in their favor as a matter of law. See Rule 56(b) of the Federal Rules of Civil Procedure.

    In support of this Motion, Defendants have filed contemporaneously with this motion a supporting memorandum with attached exhibits which are hereby incorporated by reference herein.

                                                    Respectfully submitted,

                                                    MICHAEL T. SHELBY
                                                    UNITED STATES ATTORNEY

                                                    /s/ *Nancy L. Masso*
                                                    NANCY L. MASSO
                                                    Assistant United States Attorney
                                                    600 East Harrison St., No. 201
                                                    Brownsville, TX 78520
                                                    Tel:   (956) 548-2554
                                                    Fax:  (956) 548-2549
                                                    State Bar No. 00800490
                                                    Federal I.D. No. 10263

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the true and foregoing:

"DEFENDANTS' MOTION TO DISMISS AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT"

was mailed via certified mail, return receipt requested to Plaintiff's Attorney of Record:

Mr. T. Mark Blakemore
Attorney at Law
835 E. Levee St.
6th Floor
Brownsville, Texas 78520

| | |
|---|---|
| JANUARY 3, 2005 | /S/ *Nancy L. Masso* |
| Date | NANCY L. MASSO |
| | Assistant United States Attorney |