UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL PEREZ, JR., <br>   Plaintiff, | * <br> * <br> * |
| v. | *   CIVIL ACTION NO. B-03-140 <br> * |
| JOHN D. ASHCROFT, Attorney General for the United States, and TOM RIDGE, Secretary of the United States Department of Homeland Security, <br>   Defendants. | * <br> * <br> * <br> * <br> * |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
## AND ALTERNATIVE MOTION FOR SUMMARY JUDGEMENT

Today, this Court considered the Defendants' Motion to Dismiss and Alternative Motion for Summary Judgement. Having reviewed the supporting memorandums for each parties position and exhibits on file, this Court finds that the Defendants' motion should be GRANTED.

THEREFORE, IT IS ORDERED, that this lawsuit be dismissed for failing to state a claim upon which relief can be granted and that Judgement is hereby RENDERED in favor of the defendants and against the Plaintiff herein. Costs are to be assess against the Plaintiff.

Signed: _____

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
Southern District of Texas