UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL PEREZ, JR., | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. B-03-140 |
| | * | |
| JOHN D. ASHCROFT, Attorney General | * | |
|  for the United States, and TOM RIDGE, | * | |
| Secretary of the United States Department | * | |
| of Homeland Security, | * | |
|     Defendants. | * | |

EXHIBIT LIST SUMMARY TO
DEFENDANTS' MOTION TO DISMISS AND
ALTERNATIVE MOTION FOR SUMMARY JUDGEMENT

The following is a brief description of the Defendants' Exhibits submitted in support of their motion to dismiss and alternative motion for summary judgement:

| **Exhibit** | **Description** |
|---|---|
| A | May 6, 2003, EEOC, Office of Federal Operations (OFO) Decision |
| B | February 6, 2002 Final Agency Decision (FAD) |
| C | Excerpt from Deposition of Manuel Perez |
| D | Affidavit of Administrative Officer, Jan Hernandez |
| E | March 2000 Medical Documentation |
| F | Affidavit of Manuel Perez |
| G | Packet of Memos Regarding Plaintiff's 2001 Resignation |
| H | Plaintiff's Formal Complaint of Discrimination |
| I | Informal Complaint of Discrimination Paperwork |
| J | Job Description for the position held by Plaintiff |