**Condensed Transcript of Manuel Perez, Jr.**
C.A. No. B-03-140 / U.S. District Court / SD/TX-Brownsville Division
Manuel Perez, Jr. v. John D. Ashcroft, Et Al

PAGE 10

1  still on limited light duty at the time.
2    Q   And I take it that this prior disability -- or I'm
3  assuming that it's as a result of the injuries you sustained
4  while on an aircraft, a Continental aircraft?
5    A   Yes, ma'am.
6    Q   Okay. Well, let's take this step-by-step. Let's
7  first talk about this prior disability, all right, with
8  Continental aircraft. All right?
9    A   Yes, ma'am.
10   Q   Now, you state that you were on limited duty status
11 at the time because of those injuries?
12   A   Yes, ma'am.
13   Q   And who was your doctor that put you on limited
14 duty status or who was the doctor that recommended that you
15 be on limited duty status?
16   A   My primary physician was Doctor Humberto Rivas.
17   Q   Now, did you talk to Doctor Rivas specifically
18 about this training that was coming up, and did he
19 specifically tell you not to participate in this training?
20   A   No, ma'am. I did not speak to the doctor.
21   Q   Okay. Do you know who did, if the doctor did speak
22 with anybody within the INS about your training and his
23 recommendation that you not participate in it?
24   A   I do not recall, ma'am.
25   Q   But, you did go through the training, and you

PAGE 11

1  sustained an injury while going through the training?
2    A   Yes, ma'am.
3    Q   And this injury, how did it occur?
4    A   The technique was used on me that -- the instructor
5  was present, and the technique was used on me by another
6  individual, another officer that was in training with me. He
7  was my partner, my training partner. And he did the
8  procedure as he was supposed to have done it, except I
9  believe he didn't release it fast enough and the pressure was
10 applied to my shoulder and it injured my shoulder.
11   Q   And that shoulder was injured in this Continental
12 incident?
13   A   No, ma'am.
14   Q   No? And so it's a different injury from what had
15 occurred to you or had occurred during the turbulence
16 experience on the Continental Airline plane?
17   A   It's a different injury, yes, ma'am.
18   Q   Now, did you immediately report your injury to your
19 supervisor at the time?
20   A   Which injury?
21   Q   The one that you sustained in your training
22 incident in 1994?
23   A   Yes, ma'am.
24   Q   And who was it that you reported that to?
25   A   My supervisor was -- my training officer and

PAGE 12

1  supervisor was George Gonzalez, and the incident was also
2  videotaped.
3    Q   Okay. Do you have a copy of the videotape?
4    A   No, ma'am.
5    Q   Do you know if INS still has a copy of the
6  videotape?
7    A   No, ma'am, I have no knowledge of that.
8    Q   You haven't seen this videotape since -- or have
9  you ever seen the videotape?
10   A   Yes, ma'am.
11   Q   And when did you see the videotape?
12   A   I believe the third day after we qualified.
13   Q   And where was it that you saw the videotape?
14   A   In the training room.
15   Q   And who at that time had possession of the
16 videotape?
17   A   My supervisor, Mr. George Gonzalez.
18   Q   And I know that we -- or you've gone through an
19 administrative process relating to your discrimination claim.
20 Have you at all during that administrative process made a
21 specific request for a copy of that videotape?
22   A   No, ma'am.
23   Q   And to your knowledge, has any copy of that
24 videotape been retained or maintained by INS or anybody
25 working for INS?

PAGE 13

1    A   I have no knowledge, ma'am.
2    Q   So, after you reported your injury to Mr. Gonzalez,
3  tell me what happened after that.
4    A   After the injury was reported to my supervisor, I
5  was issued out a CA-1.
6    Q   What's a CA-1?
7    A   The CA-1 is the Department of Labor form used to
8  claim an injury, traumatic injury or illness, and I filed a
9  CA-1. And I submitted it and went to seek medical treatment
10 on the third day.
11   Q   And who did you go to?
12   A   Doctor Homero -- Homero Rivas.
13   Q   And what did Doctor Rivas say?
14   A   He placed me -- he placed me on no duty until
15 further notice and started therapy and referred me over to a
16 neurosurgeon.
17   Q   Does Doctor Rivas have any specialties, or is he a
18 specialized doctor in anything that you're aware of?
19   A   I am not aware.
20   Q   And he referred you to who?
21   A   At that time, I believe it was Doctor Bill -- Bill
22 Snyder.
23   Q   And Doctor Snyder, what was his specialty?
24   A   Sports Medicine.
25   Q   And what did Doctor Snyder do?