*Renaissance Orthopaedics, P.A.*
*1090 E. Alton Gloor Blvd.*
*Brownsville, TX 78521*
*Office: (956) 542-1850*
*Fax: (956) 542-2879*

PATIENT NAME: Manuel Perez          DATE: 3-20-00

☐ PATIENT IS ABLE TO PERFORM NORMAL DUTY

☒ PATIENT IS ABLE TO PERFORM LIGHT DUTY

LIMITATIONS: No repeated neck bending movements. No lifting greater than 15 lbs. Change position every hour if possible.

PATIENT UNABLE TO WORK UNTIL: _____

NEXT APPOINTMENT DATE: _____

PROJECTED SURGERY DATE: _____

MIKE SWEENEY, M.D.
ORTHOPAEDIC SURGEON

TEXAS WORKERS' COMPENSATION COMMISSION

Mail this form to the WORKERS' COMPENSATION INSURANCE CARRIER

ICC #: 
Carrier's Claim #:

## SPECIFIC AND SUBSEQUENT MEDICAL REPORT

1. Injured Employee's Name (Last, First, M.I.): PEREZ, MANUEL
2. Date of Birth: 1955
3. Date of Injury: 06/15/1994
9. Social Security Number:

Employee's Mailing Address (Street or P.O. Box): RT 3 BOX 327
City: LOS FRESNOS   State: TX   Zip Code: 78856   Phone No.: (956) 233-9595

10. Employer's Name: U.S. IMMIGRATION
11. Employer's Mailing Address (Street or P.O. Box): RT. 3 BOX 341
City: LOS FRESNOS   State: TX   Zip Code: 78566

4. Date of Visit: 03/09/2000
5. Doctor's Name and Title: HUMBERTO TIJERINA, MD
6. Federal Tax I.D. No.: 74-2425679
7. Professional License No.: G7359
12. Insurance Carrier: DEPARTMENT OF LABOR

13. Diagnosis (ICD-9 codes and Descriptions) (Relate Diagnosis to Procedure by Reference to Letters a,b,c)
   a) 7 2 2 0 — HNP C3-C4 CENTRAL AND LEFT
   b) 7 2 3 1 — CERVICALGIA, C4-C5 BULGING BY MY REVIEW ALONG
   c) _ _ _ _ — WITH L2-L3 BULGINGS

14. [ ] Treatment at the Visit or [ ] Procedure Performed in Hospital (CPT Code and Modifiers, if Necessary, and Description)
DO NOT INCLUDE OFFICE VISIT
   A _____
   B _____
   C _____

16. Anticipated Dates the Injured Employee May: (Please Complete All Dates)
   a) Return to Limited Type of Work
   b) Achieve Maximum Medical Improvement
   c) Return to Full-Time Work

17. Reason for Report:
   [X] Subsequent Medical Report (due every 60 days after initial medical report)
   [ ] Released to Return to Work
   [ ] Limited Activity   [ ] Normal Activity   Date:
   [ ] Changing Treating Doctors: Name of New Doctor
   Address:
   Date:
   Professional License No.:
   [ ] Discharge from:   Name of Hospital:   Discharge Date:

18. Changes in Injured Employee's Condition, Including Clinical Assessment and Test Results: WT: 245 LBS. PATIENT INCREASED 15 LBS. THE PATIENT STILL COMPLAINS OF SOME PAIN AND DISCOMFORT (OFF AND ON) IN THE NECK AND RIGHT SHOULDER.

19. Treatment Plan - IT IS MY FEELING THAT THIS PATIENT COULD PERFORM LIGHT DUTY. HE WAS ADVISED: NO REPEATED NECK BENDING MOVEMENTS, NOT TO LIFT ABOVE 10-15 LBS. AND HE SHOULD BE ALLOWED TO CHANGE POSITION EVERY HOUR TO ATTEMPT TO BE MORE COMFORTABLE. AT PRESENT I FEEL HE IS NOT ABLE TO PERFORM JOURNEYMAN DEO

20. Referrals: NONE

21. Medications or Durable Medical Equipment: SAME. PARAFON FORTE, DARVOCET N100.

22. Prognosis: GUARDED TO FAIR

23. Compliance by Injured Employee with Recommended Treatment: GOOD

20. Signature of Doctor: [signature]
Address: 1801 S. 5TH STREET, SUITE 211 MCALLEN, TX 78502
24. Date: 03/09/2000

Note: If no additional treatment is necessary, physical therapy orders must be included in specific treatments to be performed, the frequency of treatments, and if necessary for continued therapy past 30 days, a re-evaluation by the treating doctor.
MAY ATTACH TEST RESULTS OR FURTHER WRITTEN INFORMATION

TWCC-64 (REV. 4/92)   RULE 133.10

**Exhibit E**

## Specific and Subsequent Medical Report Continued

Patient Name: PEREZ, MANUEL

Social Security:

Doctor: HUMBERTO TIJERINA, MD

Page: 2

Date: 03/09/2000

### 19. TREATMENT PLAN CONTINUED

ACTIVITIES. WILL REFER TO DR. SWEENEY TO REASSESS THE RIGHT SHOULDER, WHICH PATIENT COMPLAINS, WITH PAIN AND WEAKNESS. RETURN IN 1 1/2 MONTHS.

Employment Standards Administration
Office of Workers' Compensation Programs

This form is provided for the purpose of obtaining a duty status report for the employee named below. This request does not constitute authorization for payment of medical expense by the Department of Labor, nor does it invalidate any previous authorization issued in this case. This request for information is authorized by law (5 USC 8101 et seq.). Information collected will be handled and stored in compliance with the Freedom of Information Act, the Privacy Act of 1974 and the OMB Cir. A-108.

OMB No. 1215-0103
Expires: 9-30-91

## Instructions for Completing and Submitting this Form

**Supervisor:** Complete Part A and refer the form to the attending physician for completion of Part B.

**Attending Physician:** Complete Part B. To prevent interruption of the employee's pay, the completed form should be returned to the employing agency (as shown in Item 12) within two days following examination and/or treatment. A copy of the form should also be sent to the OWCP (as shown in Item 11).

### Part A - Supervisor

1. Name and Address of Medical Facility Providing Medical Services:
   Dr. Homero Rivas
   606 S. Broadway
   McAllen TX 78501

2. OWCP File Number (If known)

3. Employee's Name (Last, first, middle)
   Perez Manuel

4. Date of Injury (Month, day, yr.)
   06/15/94

5. Social Security No.

6. Occupation

7. Describe How the Injury Occurred and State Parts of the Body Affected.

8. Specify the Usual Work Requirements of the Employee. Check Whether Employee Performs These Tasks or is Exposed Continuously or Intermittently and Give Number of Hours.

| Activity | Continuous | Intermittent | | Activity/Exposure | Continuous | Intermittent | |
|---|---|---|---|---|---|---|---|
| a. Lifting/Carrying Sedentary 0-10 lbs | | | Hrs Per Day | p. Fine Manipulation | | | Hrs Per Day |
| b. Lifting/Carrying Light 10-20 lbs | | | Hrs Per Day | q. Reaching above Shoulder | | | Hrs Per Day |
| c. Lifting/Carrying Moderate 20-50 lbs | | ⊖ | Hrs Per Day | r. Heat | | | degrees F |
| d. Lifting/Carrying Heavy 50-100 lbs | | ⊖ | Hrs Per Day | s. Cold | | | degrees F |
| e. Sitting | | | Hrs Per Day | t. Excess Humidity | | | Hrs Per Day |
| f. Standing | | | Hrs Per Day | u. Chemicals, Solvents, etc. (Identify) | | | Hrs Per Day |
| g. Walking | | | Hrs Per Day | v. Fumes (Identify) | | | Hrs Per Day |
| h. Climbing Stairs | | | Hrs Per Day | w. Dust (Identify) | | | Hrs Per Day |
| i. Climbing Ladders | | | Hrs Per Day | x. Noise (Give dBA) | | | dBA Hrs Per Day |
| j. Kneeling | | | Hrs Per Day | y. Other (Describe) | | | Hrs Per Day |
| k. Bending | | | Hrs Per Day | | | | |
| l. Stooping | | | Hrs Per Day | | | | |
| m. Twisting | | | Hrs Per Day | | | | |
| n. Pulling/Pushing | | | Hrs Per Day | | | | |
| o. Simple Grasping | | | Hrs Per Day | | | | |

9. Does the Job Require Driving a Vehicle
   ☐ Yes (Specify) ☐ No
   Operating Machinery?
   ☐ Yes (Specify) ☐ No

10. The Employee Works
    Hours Per Day
    Days Per Week

11. Send A Copy of This Report To:
    U.S. Department of Labor
    Employment Standards Administration
    Office of Workers' Compensation Programs

12. Send the Original Report to (Name and Address of Employing Agency):

### Public Burden Statement

Public reporting burden for this collection of information is estimated to average 8 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Information Management, U.S. Department of Labor, Room N1301, 200 Constitution Avenue, N.W., Washington, D.C. 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1215-0103), Washington, D.C. 20503.

For sale by the Superintendent of Documents, U.S. Government Printing Office, Washington, D

**Exhibit E**

Form CA-17
Rev. Oct 1988

Part B - Physician

13a. Does the History of Injury Given to You by the Employee Correspond to That Shown in Item 7?

☒ Yes ☐ No (If not, describe)

13b. Description of Clinical Findings

13c. Diagnosis of Condition Due to Injury

13c. Diagnosis of Other Disabling Conditions

status post Rt shoulder surgery

14. Is Employee Able to Perform His/Her Regular Work (Describe on the Front of This Form)?

☐ Yes, If So, ☐ Full-Time or ☐ Part-Time _____ Hours Per Day (Fill in)

☒ No, If not, complete Item 15 below.

15. Complete the Following, If The Answer To Item 14 is "No"

| Activity | Continuous | Intermittent | | Activity/Exposure | Continuous | Intermittent | |
|---|---|---|---|---|---|---|---|
| a. Lifting/Carrying: Sedentary 0-10 lbs. | | | Hrs Per Day | p. Fine Manipulation | | | Hrs Per Day |
| b. Lifting/Carrying: Light 10-20 lbs. | | | Hrs Per Day | q. Reaching above shoulder | | | Hrs Per Day |
| c. Lifting/Carrying: Moderate 20-50 lbs. | | | Hrs Per Day | r. Heat | | | Degrees F |
| d. Lifting/Carrying: Heavy 50-100 lbs. | | | Hrs Per Day | s. Cold | | | Degrees F |
| e. Sitting | | | Hrs Per Day | t. Excess Humidity | | | Hrs Per Day |
| f. Standing | | | Hrs Per Day | u. Chemicals, Solvents, etc. (Identify) | | | Hrs Per Day |
| g. Walking | | | Hrs Per Day | v. Fumes (Identify) | | | Hrs Per Day |
| h. Climbing Stairs | | | Hrs Per Day | w. Dust (Identify) | | | Hrs Per Day |
| i. Climbing Ladders | | | Hrs Per Day | x. Noise (Give DBA) | | | DBA Hrs Per Day |
| j. Kneeling | | | Hrs Per Day | y. Are Interpersonal Relations Affected Because of A Neuropsychiatric Condition? (e.g. Ability to Give or Take Supervision, Meet Deadlines, etc.) ☒ No ☐ Yes (Describe) | | | |
| k. Bending | | | Hrs Per Day | | | | |
| l. Stooping | | | Hrs Per Day | | | | |
| m. Twisting | | | Hrs Per Day | | | | |
| n. Pulling/Pushing | | | Hrs Per Day | | | | |
| o. Simple Grasping | | | Hrs Per Day | | | | |

16. Describe Any Other Function of This Employee's Regular Work Which is Medically Restricted By The Injury.

Patient may return to limited light duty - no repeated neck bending movements, no lifting more than 15 lbs.

17. Period of Disability (If termination date is unknown, so state)

Total Disability From _____ To _____
Partial Disability From _____ To _____

18. If Employee is Able to Resume Work, Has He/She Been Advised?
☒ Yes ☐ No
If Yes, Give Date of Advice

19. Date of Examination
N/A

20. Date of Next Appointment, If Scheduled
N/A

I certify that all statements made above are true. I understand that any knowingly false or misleading statement, or misrepresentation of material fact may subject me to felony criminal prosecution. I further understand that this request does not constitute authorization for payment of medical expenses by the Department of Labor, nor does it invalidate any previous authorization issued in this case.

21. Typed or Printed Name and Address of Physician

Dr. Homero Rivas
006 S. Broadway
McAllen, TX 78501

*NOTE - Dr. Rivas agrees with Dr. Sween's recommendations for limited...

22. Specialty
Family Practice

23. Tax Identification Number
74601453

24. Physician's Signature

25. Date
3-24-0?

Exhibit E