U.S Department of Justice

# Complaint of Discrimination
*(See instructions on reverse)*

PRIVACY ACT STATEMENT: 1. AUTHORITY-The authority to collect this information is [derived] from 42 U.S.C. Section 2000e-16; 29 CFR Sections 1614.106 and 1614.108. [PURP]OSE AND USE-This information will be used to document the issues and allegations [of c]omplaint of discrimination based on race, color, sex (including sexual harassment), religion, national origin, age, disability (physical or mental), sexual orientation or reprisal. The signed statement will serve as the record necessary to initiate an investigation and will become part of the complaint file during the investigation; hearing, if any; adjudication; and appeal, if one, to the Equal Employment Opportunity Commission. 3. EFFECTS O[F] NON-DISCLOSURE-Submission of this information is MANDITORY. Failure to furnish this information will result in the complaint being returned without action.

**1. Complainant's Full Name**
MANUEL PEREZ, JR.

**Street Address, RD Number, or Post Office Box Number**
206 E. 7th Street

**City, State and Zip Code**
Los Fresnos, TX 78566

**2. Your Telephone Number** *(including area code)*
Home: (___) ___-____
Work: (956) 233-4431 ext 263

**3. Which Department of Justice Office Do You Believe Discriminated Against You?**
U.S. Immigration and Naturalization Service

**B. Street Address of Office**
Rt 3 Box 341, Highway 510 and Cameron County Airport

**C. City, State and Zip Code**
Los Fresnos, TX 78566

**4. Current Work Address**
Same

**A. Name Of Agency Where You Work**
Port Isabel Service Processing Center (PISPC)

**B. Street address of your agency**
Same

**City, State and Zip Code**
Same

**D. Title and Grade of Your Job**
Immigration Detention Enforcement Officer

**5. Date on Which Most Recent Alleged [Disc]rimination Took Place**
Month: 08  Day: 10  Year: 99

**6. Check Below Why You Believe You Were Discriminated Against?**
☐ Race or Color *(Give Race or Color)* _____
☐ Religion *(Give Religion)* _____
☐ Sex *(Give Sex)*  ☐ Male  ☐ Female
☐ Sexual Harassment
☐ Age *(Give Age)* _____
☐ National Origin *(Give National Origin)* _____
☒ Disability    ☒ Physical    ☐ Mental
☐ Sexual Orientation
☐ Reprisal

**7. Explain How You Believe You Were Discriminated Against** *(Treated differently from other employees or applicants) Because of Your Race, Color, Sex (including sexual harassment), Religion, National Origin, Age, Disability (physical or mental), Sexual Orientation or Reprisal (You may continue your answer on another sheet of paper if you need more space).*
See Attachment "A"

**8. What Corrective Action Do You Want Taken on Your Complaint?**
See Attachement "B"

**9. A) I Have Discussed My Complaint With An Equal Employment Opportunity Counselor**
DATE OF FIRST CONTACT: 12 / 03 / 99
DATE OF FINAL INTERVIEW: 12 / 28 / 99

**B) Name of Counselor:** Deportation Officer Jose Quiroz

☐ I have not contacted an EEO Counselor

**13. Date of This Complaint:** Month 01  Day 05  Year 2000

**14. Sign Your Name Here:** *Manuel Perez* (signature)

Exhibit H

Page 1 of 3

M DOJ-201A
SEPT. 96

## ATTACHMENT "A"

**Number 7:**

Complainant, Manuel Perez, Jr., participated in the informal counseling process, however this matter was not resolved. Complainant has not filed a grievance under a Negotiated Grievance Procedure or an appeal to the Merit Systems Protection Board.

Complainant, Manuel Perez, Jr., an Immigration Detention Enforcement Officer, states that he has been discriminated against due to a physical disability, by his employer, Port Isabel Service Processing Center (PISPC), an agency within the U.S. Immigration and Naturalization Service. Specifically, Complainant claims he has been discriminated against pursuant to Title I of the Americans With Disabilities Act with respect to the terms and conditions of his employment on the basis of his physical disability. He sustained a traumatic injury on June 15, 1994, while on duty and the agency has failed to make reasonable job accommodations or compensate him for his injury. Complainant repeatedly made efforts to submit his documentation to the proper authority to receive compensation, however the management officials did not cooperate and properly submit the required documentation. Further, Complainant received authorization from his doctor to work on limited duty status on or about October 29, 1996. His superior, Jan Hernandez, Administrative Officer Compensation Specialist, informed him that he would not be accommodated and should not expect to return until he can resume full time status. Complainant continued to have problems receiving authorization for medical treatment as well as obtaining compensation and sought the assistance of his Congressman. Some medical procedures were later approved and Complainant felt the Congressman's assistance was helping him to make progress in dealing with his claims. He also sought the assistance of an attorney to inquire as to the status of his compensation. As of August 6, 1998, the proper officials had not correctly submitted Complainant's documentation for compensation. After making continuous efforts to resolve this matter Complainant received a copy of a letter dated August 10, 1999, that E.M. Trominski, District Director, wrote to Congressman Solomon P. Ortiz explaining Complainant's on-the-job-injury, compensation and pay status. Mr. Trominski implies that Complainant has not completed the necessary forms to pursue a claim for compensation, which is untrue. Further, Mr. Trominski indicates that step increases are "automatic", however, Complainant has not received the benefit of any step increases. Also, Mr. Trominski states that Complainant has been away from work for a long period of time, but Complainant received permission from his treating physician to return to work on a limited light duty status on October 29, 1996, which was denied by Jan Hernandez. Upon considering Mr. Trominski's position regarding this entire matter, Complainant realized he was not getting the cooperation which his superiors assured him. The agency's position in not cooperating with Complainant in his claim for compensation and not accommodating his request for light duty status is evidence of the agency's discrimination against Complainant because of his disability.

**Exhibit H**

**Page 2 of 3**

ATTACHMENT "B"

**Number 8:**

The following items should be submitted as Complainant, Manuel Perez's request for relief and the corrective action which should be taken on the complaint:

1. Back Pay: Compensation from August 1, 1996 to the present, with consideration of all automatic grade level increases as well as step increases.

2. Leave: All annual leave and sick leave as well as advanced annual and sick leave which has been lost due to the injury suffered on June 15, 1994 through October 29, 1996. (This should consider and include all automatic grade level and step increases.) Further, all leave (regular and advance for both annual and sick) which is owed from October 29, 1996 to July 14, 1998.

3. Placement in a position of equal pay consistent with his abilities and limitations as authorized by his treating physician.

4. No further retaliation by his employer as a result of this matter.

5. Compensatory Damages for Mental Anguish: $150,000.00

6. Attorney Fees.

By no means should this request limit or waive any other claims for relief should this matter not be resolved at this stage.