

U.S. Department of Justice
Immigration and Naturalization Service
*Admin Center Dallas*
*7701 N. Stemmons Frwy*
*Dallas, Texas 75247*

### NEGOTIATED SETTLEMENT AGREEMENT FORM

| | | | |
|---|---|---|---|
| Manuel Perez Jr. | Complainant | ) | Case Number(s) |
| | | ) | (if applicable) |
| vs. | | ) | |
| | | ) | Settlement Agreement |
| U.S. Department of Justice | | ) | |
| Immigration and Naturalization Service | | ) | |

This settlement agreement is voluntarily made and entered into between the United States Department of Justice, Immigration and Naturalization Service and Mr. Manuel Perez Jr. (Complainant), collectively referred to as the parties, for the purpose of amicably, finally and fully resolving all disputed issues in this matter. The parties enter into this settlement agreement freely and voluntarily.

I.      Nothing herein shall be deemed in any manner or for any purpose whatsoever to constitute an admission by the Agency of a violation of Title VII of the Civil Rights Act, as amended, the Rehabilitation Act of 1973, as amended, the Age Discrimination in Employment Act, as amended, the Equal Pay Act or any other Federal Statute or regulation.

II.     In consideration of mutual promises, the parties agree to the following:

  a.   INS will assist Mr. Perez in completing the proper forms to request Workers' Compensation Benefits and Disability Retirement. The parties agree that Mr. Perez must have his portion of the documentation in to the Agency within 39 days from today's date.

  b.   The Complainant agrees to submit the proper documentation needed to request Workers' Compensation Benefits and Disability Retirement to INS personnel within 39 days from today's date. All parties agree that if Complainant does not submit the necessary documentation within 39 days, then the Complainant will be ineligible for any benefits either under Workers' Compensation Benefits or Disability Retirement. The Complainant agrees to withdraw his complaint based upon the aforementioned agreement.

**Exhibit I**

**Page 1 of 6**

III     Any provision of this agreement that changes conditions of employment for bargaining unit employee(s) and/or conflicts with any negotiated agreement(s) is subject to negotiation with the applicable Union. This may result in a delay in implementing this agreement.

IV     Complainant's signature on this agreement constitutes full and complete settlement of the complaint(s) noted above. In addition, the complainant agrees to waive his/her right to pursue administrative or judicial action in any forum concerning the matters raised in the complaint(s) at issue and that these matters will not be made the subject of future litigation.

V     Complainant has read all the provisions of this Settlement Agreement, and that Complainant is voluntarily entering into this Settlement Agreement.

VI     Complainant releases and forever discharges the United States the Department of Justice, the Immigration and Naturalization Service and its agents for liability related to the allegations in this complaint.

VII     This Settlement Agreement sets forth the entire agreement between the parties hereto, and fully supersedes any and all prior agreements or understandings between the parties hereto pertaining to the subject matter hereof.

VIII     If the complainant believes that the INS has failed to comply with the terms of a settlement agreement, the complainant shall notify the Director, EEO, INS, or its designee, in writing, of the alleged noncompliance within 30 calendar days of when the complainant knew or should have known of the alleged noncompliance. INS shall respond to complainant's written allegations of noncompliance within 30 days from the date that the allegations of noncompliance are received. If the Director, EEO, INS, or its designee, has not responded to the complainant in writing within 30 days or if the complainant is not satisfied with the attempts to resolve the matter, the complainant shall notify the Director, EEO Staff,

Justice Management Division (JMD), Department of Justice (DOJ), Main Justice, 10th & Constitution Avenue, N.W., Room 1246, Washington, D.C. 20530, of the alleged noncompliance. The complainant may request from the Director, EEO Staff, that the terms of the settlement agreement be specifically implemented or, alternatively, the complaint be reinstated for further processing from the point where processing ceased. If the Director, EEO Staff, has not responded to the complainant in writing within 30 days or if the complainant is not satisfied with the attempts to resolve the matter, the complainant may appeal to the Equal Employment Opportunity Commission for a determination as to whether INS has complied with the terms of this settlement agreement. The complainant may file such an appeal 35 days after service of the allegations of noncompliance on the agency but no later than 30 days after receipt of the DOJ determination.


_____        9-13-02
Aggrieved Person/Complainant's Signature        Date


_____        _____
Representative's Signature (if appropriate)        Date

_____        9/13/02
Designated Management Official's Signature        Date


_____        _____
Representative's Signature (if appropriate)        Date


Exhibit I

Page 2 of 6



**U.S. Department of Justice**
Immigration and Naturalization Service

# EEO COUNSELOR REPORT

1. **AGENCY:**  Immigration and Naturalization Service
   Administrative Center, Dallas
   7701 North Stemmons Freeway, Sixth Floor
   Dallas, TX  75247

2. **AGGRIEVED PERSON:**

   **Name:**   Manuel Perez, Jr
   **Job Title, Series and Grade:** Detention Enforcement Officer, Journeyman, 1802,7/7
   **Work Address (If different than above):** Harligen, TX

   **Telephone Number  Work:**
   **Home:**
   **Home Address:**                     Los Fresnos, TX 78566

   **Name of Representative:**
   **Address:**
   **Phone:**

**Exhibit I**

**Page 3 of 6**

## 3. CHRONOLOGY OF EEO COUNSELING*

Date(s) of Alleged Discriminatory Event(s): 10/22/2001

Date(s) Aggrieved Became Aware of Event(s): 10/22/2001

Date of Initial Contact: 07/16/2002

If More Than 45 Days After Event, Reason for Delay: Filed with TX Workforce Commission and EEOC on 11/18/2001 and EEOC remanded case back to INS.

Date of Initial Interview: 07/16/2002

Date of Rights/Responsibilities Letter: 07/16/02 Received by fax on 7/31/02

Date of Final Interview: 9/13/2002 (Mediation)

Date of Notice of Final Interview/Right-to-File: N/A

Date of Counselor's Report: 09/24/2002

Date Counselor's Report Submitted:   09/24/2002

---

*Please explain in detail any and all delays impacting informal counseling activities.
No delays. Mediation was completed within the 90 day time period.

---

## 4. BASIS (ES) FOR ALLEGED DISCRIMINATION:

☐ Race (Specify):
☐ Color (Specify):
☐ Religion (Specify):
☐ Sex (Specify):
☐ National Origin (Specify):
☐ Age (Specify date of birth):
☑ Physical Disability (Specify): None specified
☐ Mental Disability (Specify):
☐ Sexual Orientation (Specify):
☐ Reprisal (Prior EEO Activity: give date):

---

## 5. ALLEGATION (S) OF DISCRIMINATION:
Reasonable accommodation revoked for physical disability.

---

Exhibit I

Page 4 of 6

**6. REMEDY REQUESTED:** Wants job back with reasonable accommodations and with back pay.

---

**7. EEO COUNSELOR'S CHECKLIST:**

☒ Informed aggrieved of the possible applicability of 5 U.S.C. 7121(d) and explained 29 CFR, Section 1614.301. The aggrieved __has/__has not filed a grievance under The negotiated grievance procedures.

☐ If age discrimination is alleged, informed aggrieved of ADEA procedures.

☐ If a mixed case, informed aggrieved of the mixed case election procedures. The aggrieved __has/__has not filed an appeal on the matter to the Merit Systems Protection Board.

☒ Informed aggrieved of his/her right to be accompanied, represented, and advised by a representative of his/her choice at any stage of the complaint process. The aggrieved __has/__has not designated a representative.

☒ Informed aggrieved of his/her right to remain anonymous during counseling. The aggrieved _did_/__did not waive anonymity.

---

**8. SUMMARY OF COUNSELOR'S INQUIRY:**
 **A. PERSONAL CONTACTS:**
Manuel Perez, Jr Aggrieved Party: Contacted office to file a complaint on 07/16/2002.
James Bailey, Designated Management Official: Informed of request to mediate on 07/31/2002.
Mike McMillion, Mediator: Informed of pending mediation request on 07/31/2002 with follow-up correspondence regarding results of mediation on 9/16/2002.
Jorge Galvan, Co-Mediator: Informed of mediation date on 08/03/2002.

**B. DOCUMENTS REVIEWED:**
  Certification Documents
  Settlement Agreement

**C. SUMMARY OF INFORMAL RESOLUTION ATTEMPT (S):**
  Request for mediation was made on 07/25/2002. A mediation meeting was held on 9/13/2002 with a settlement being reached.

**D. SUMMARY OF COUNSELOR'S ADVICE TO AGGRIEVED PERSON:**
   N/A

Exhibit I

Page 5 of 6

**E.  SUMMARY OF COUNSELOR'S ADVICE TO AGENCY:**

N/A

Francesca Williams
Name of EEO Counselor

_Francesca Williams_
Signature of EEO Counselor


_09/24/2002_
Date Counselor Report Completed

Telephone Number
(214) 905-5334

Office Address
INS/EEO - Central Region
7701 N. Stemmons Freeway
Dallas, Texas 75243

**Exhibit I**

**Page 6 of 6**