JOURNEYMAN DEO

I. INTRODUCTION

Incumbent serves as a journeyman Detention Enforcement Officer (DEO) performing a variety of tasks in a facility, district or sector operating environment. On a day-to-day basis the incumbent must be able to perform journeyman tasks in any of the 3 operating environments. Incumbent primarily performs tasks involving the location, apprehension/arresting, transporting, safeguarding, overseeing/supervising, and processing of aliens being detained and/or deported for violation of immigration law(s).

Aliens being detained and escorted represent a wide variety of individuals from countries all around the world who are subject to exclusion and deportation proceedings. The detained population contains a significant number of aliens of criminal, immoral, narcotic, subversive, and/or defective mental backgrounds who require special handling, oversight and treatment.

II. MAJOR DUTIES AND RESPONSIBILITIES:

1. As a journeyman DEO has a general responsibility for full-service counseling of detainees. Based on a thorough knowledge of standard detention and deportation policies, practices and procedures, and other program guidance and requirements provides advice, assistance and information to detainees and or their representatives. As assigned, serves as a case officer/counselor for detainees experiencing particular difficulties with detention, institutionalization and deportation.

2. By questioning and conversing with detainees, develops information concerning the location(s) of aliens illegally in the country, patterns and methods of infiltration into the United States, changing attitudes of aliens, etc., and prepares written or oral reports of finding for future action.

3. As _processing officer_ incumbent performs a variety of tasks relating to the admission and release of detainees, including but not limited to: booking; strip searching and baggage search; safeguarding baggage and personal funds by issuing receipts and storing same in the appropriate protected area; recognition of medical problems and their referral to the medical staff or appropriate medical authorities; issuing clothing, linen, and toilet articles; assigning living quarter; reviewing receipted Service documents for correctness and validity and giving the detainee a complete and understandable orientation as to his/her rights, privileges, duties and obligations as a

Exhibit J

Page 1 of 6

detainee of the Immigration Service. Upon release of the detainee incumbent will retrieve all personal property for the detainee, account for and show by receipt that detainee was returned all his/her belongings and remaining funds, verifies all departure or exit document for completeness and correctness to eliminate delays or refusals of entry during transport. Performs transactions in the DACS system to ensure correct tally and proper information transmittal to the correct categories to indicate admission, release and status of detainees.

4. Serve as <u>security officer</u> insuring the safety, well-being and order of detainees and facility areas. Makes unscheduled tours of detention areas being constantly aware of problems in the physical security of the facility, the mood of the general populace and splinter groups and any possible danger areas which may flare up to endanger the safety and security of the detainees or others. The incumbent will gather information from several developed sources within the detainee population. Keeping abreast of the moods and mood changes and correlating these with information and experience, the journeyman DEO will make intelligent and professional determinations as to stability and security of the situation. The incumbent must always bear in mind that the majority of detainees he/she deals with are or have been convicted of various criminal acts and have served time in maximum type penal institutions and could pose an extreme threat to safety and security. Responsible for maintaining safety, security and discipline and ensuring that sanitary conditions are maintained. Prevents accidents and damage to or theft of detainees' or Government property.

5. Executes Orders to Show Cause, Warrants of Arrest, Bond Letters and Warrants of Deportation to those detained in Service or non-Service facilities. As assigned, assists Service Officers (e.g., Deportation Officers, Border Patrol Agents, etc.) in locating, apprehending and arresting aliens who are in violation of the law.

6. Prepares orders to non-Service detention facilities to to detain or release undocumented aliens and prepares manifests for those transferred by aircraft.

7. Queries the Deportable Aliens Control System (DACS) and retrieves information concerning booking data on detainees. Updates systems as booking data changes in order to maintain accurate data concerning booking records of detainees.

8. As required, trains lower grade officers in the various DEO functions.

9. Performs other duties as assigned, such as: relief radio

operator; fingerprinting and/or photographing detainees; providing general information about the Service to the public; transferring files; making travel reservations and purchasing airline tickets; occasionally serving as an interpreter; sorting and filing booking cards, correspondence and other facility records, etc.

10. Performs on a rotational basis the following duties as assigned:

    a. As <u>transportation officer</u>, accepts or receives custody of undocumented or illegal aliens from Border Patrol Agents, Criminal Investigators, Immigration Inspectors or other Service Officers. The incumbent is also responsible for detainees remanded to his/her custody for transportation from police department, county sheriffs, United States Marshals, Bureau of Prisons, Federal Bureau of Investigation and other agencies, all of who the incumbent is responsible for delivering in a safe and timely manner to the Service. Transportation may be by car, van charter or Service bus, or by commercial or Service aircraft. Incumbent ensures that document packages for receipted detainees are in order and exit documents for departures are correct and is responsible for the total welfare and safeguarding of the detainee and his/her belongings during transport and delivery to the facility.

    b. Serves as <u>escort officer</u> for detainees. Escorts detainees to their places of employment so that they can collect their wages. Escorts detainees to various doctors, dentists and medical facilities. Escorts detainees to various county, state and Federal penal institutions. escorts detainees to their respective consulates for interviews so that they can obtain travel documents. On occasion accompanies aliens on international flights to assure departure from the United States and arrival in the proper country.

    c. Serves as <u>court security officer</u> for Immigration Court proceedings and as such escorts detainees to and from the hearings, provides security during the hearings, and guarantees courtroom demeanor and smooth operation during the process. Arranges conveyances to and from Magistrate and Immigration hearings as well as Federal Court.

d. As <u>vehicle maintenance officer</u> assures that the fleet of vehicles is properly maintained and a record of work performed and parts utilized is kept for each vehicle. He/she is also responsible for the master accounting board up dating and the end of the month G-205 report. He/she also coordinates and schedules vehicle maintenance and unscheduled repairs with the Service garage, warranty dealers and contract facilities and prepare reports reference the same. He/she also handles all logistics whenever a group of aliens is moved.

e. As <u>control post officer</u> visually monitors all facility traffic by use of closed circuit television (CCTV) monitoring system and constant communication by base unite with the mobile units on guard mount and security. Controls gates and doors use to enter the facility and the administrative area. Maintains logs and the master assignment boards of all scheduled arrivals and departures of detainees by whatever conveyance. Maintains up to date mechanical records in the form of booking card I-203 and temp 203 cards, I-247 and I-274 as well as executed I-205. Responds to requests from personal visitors and telephonic request for information for the general public and other law enforcement agencies for information regarding detainees.

f. As <u>work detail officer</u> supervises work details such as grounds maintenance, painting, construction or laundry crews. Assigns work and instructs the detainees in the proper methods to perform the job to accomplish the assigned goal and avoid injury. Maintains records of equipment and supplies utilized and prepares individual reports on detainees work progress, attitude and adjustment to detention. In addition incumbent may be assigned to supervise large groups of detainees in the yard, dining room, religious services, recreation area, etc. He/she is alert at all times to the possibility of personal danger and assault as well as the possibility of escape.

g. As <u>warehouse officer</u> inventories deliveries to the facility, staging area, etc. for completeness and correctness and correctly stores same to avoid spoilage or contamination and assure usability at a later date. It is also his/her responsibility to issue items in the order of receipt to avoid expiration date stamps and avoid waste within the supply system. Incumbent also fills the approved requests of the various department within the facility for the materials needed for the running of the facility. The master inventory is

**Exhibit J**

maintained daily by the warehouse officer and the shortages, especially of essential goods are ordered whenever needed to avoid denying the detainees any of the basics which make life tolerable in the facility.

III. <u>SUPERVISION AND GUIDANCE RECEIVED</u>:

The incumbent works assigned schedules and tasks with a great deal of independence, receiving only general instructions. The supervisor exercises supervision by holding staff meetings and individual conference advising on only changes in procedures, policies, etc. Supervisor reviews records, reports and correspondence, and evaluates results achieved and adherence to current policy. The incumbent has ready access to guidelines published by the facility, the Service, and the Department of Justice. However, due to the nature of the work, emergent and unusual situation will arise requiring the incumbent to use initiative and good judgement in making quick decisions and taking action without the benefit of a supervisory opinion. The incumbent is solely responsible for the overall well-being of those in his/her custody. In addition, incumbent is expected to provide assistance to other Detention Enforcement Officers with their assignments.

IV. <u>OTHER RELATED FACTORS</u>:

The incumbent must possess knowledge of INS laws and regulations, detention procedures and rules, and related enforcement agencies' rules and procedures. The incumbent is required, in contacts with consuls, representatives, and the public, to exercise courtesy, diplomacy, and good judgement. the incumbent must possess valid state and federal driver's licenses, and be able to operate a variety of vehicles, including service uses, in a safe and efficient manner, during both day and night hours, and in varying conditions of weather and circumstances. The incumbent must possess knowledge of the physical layout of the assigned facility in order to execute security and safety procedures in the event of emergencies (e.g., fire, riots, escapes, evacuation, etc.).

Incumbent may be required to use bilingual abilities (e.g. English/Spanish, English/Creole, etc.) in order to function effectively in the variety to tasks and responsibilities which arise. At designated locations, incumbent may be required to have knowledge of other foreign cultures.

Incumbent must be proficient in the use of firearms and must maintain a satisfactory competency with such weapons.

**Exhibit J**

**Page 5 of 6**

Incumbent is frequently required to work long and irregular hours, including weekends and night shifts as workload dictates.

Travel is required and is a condition for employment in this position.