UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL PEREZ, JR., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-140 |
| | § | |
| JOHN ASHCROFT, Attorney General | § | |
| Of the United States and | § | |
| TOM RIDGE, Secretary of the United | § | |
| States Department of Homeland | § | |
| Security | § | |

PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS
AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff **MANUEL PEREZ, JR.** herein responds to Defendants' motion to have this case dismissed for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedures and, alternatively, Defendants' motion for summary judgment on the basis that they are entitled to judgment in their favor as a matter of law.

In support, Plaintiff has filed contemporaneously with this response, a supporting memorandum with attached affidavit and exhibits which are hereby incorporated by reference herein.

Respectfully submitted,

By: /s/ T. Mark Blakemore

T. Mark Blakemore
Attorney, Counselor and Mediator
835 E. Levee Street, Sixth Floor
Brownsville, Texas 78520-5101
(956) 541-5900 • (956) 541-5905/fax
Email: tmblakemore@tmb-atty.com

T. Mark Blakemore
Federal ID No. 1915
State Bar No. 02431800

Attorney for MANUEL PEREZ, JR.

## CERTIFICATE OF SERVICE

I certify that a copy of the true and foregoing Plaintiff's Response to Defendants' Motion to Dismiss and Alternative Motion for Summary Judgment was mailed via certified mail, return receipt requested to Defendants' Attorney of Record as follows:

CMRRR#7004 0750 0001 8480 5296
Michael T. Shelby
United States Attorney
Attn: Civil Docketing Clerk
PO Box 61129
Houston, TX 77208

CMRRR#7004 0750 0001 8480 5326
Nancy L. Masso
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520

Dated: January 25, 2005

/s/ T. Mark Blakemore
T. Mark Blakemore