OMB No. 1215-0103 — Exp. 9-30-82

# DUTY STATUS REPORT

The following request for information is authorized by law (5 USC 8101 et seq.) Benefits and/or medical services expenses may not be paid or may be subject to suspension under this program unless this report is completed and filed as requested. Information collected will be handled and stored in compliance with the Freedom of Information Act, the Privacy Act of 1974 and the OMB Cir. A-108.

## PART A – SUPERVISOR

1. NAME AND ADDRESS OF THE MEDICAL FACILITY AUTHORIZED TO PROVIDE MEDICAL SERVICES

2. EMPLOYEE'S NAME (Last, first, middle)
   PEREZ, MANUEL JR.

3. DATE OF INJURY (Mo., day, year)
   06/15/94 &
   09/18/91

4. OCCUPATION

5. SOCIAL SECURITY NUMBER
   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

6. DESCRIBE HOW THE INJURY OCCURRED AND PARTS OF THE BODY AFFECTED.

7. DESCRIPTION OF REGULAR WORK INCLUDING PHYSICAL REQUIREMENTS

   a. EXPOSURE (Check applicable exposure and fill in number of hours of exposure each work day)

   HEAT _____   COLD _____   NOISE _____   DUST _____
   FUMES _____   STRESS _____   OTHER _____

   b. PHYSICAL REQUIREMENTS OF REGULAR WORK

   Frequency (Provide frequency, i.e., number of times or hours per day, in appropriate box).

   | | LITTLE OR NONE | MODERATE | OFTEN |
   |---|---|---|---|
   | SEDENTARY – LIFTING 0 to 10 POUNDS | | | |
   | LIGHT – LIFTING 10 to 20 POUNDS | | | |
   | MODERATE – LIFTING 20 to 50 POUNDS | | | |
   | HEAVY – LIFTING 50 to 100 POUNDS | | | |
   | PULLING/PUSHING, CARRYING | | | |
   | REACHING OR WORKING ABOVE SHOULDER | | | |
   | WALKING ( HOURS) | | | |
   | STANDING ( HOURS) | | | |
   | SITTING ( HOURS) | | | |
   | STOOPING ( HOURS) | | | |
   | KNEELING ( HOURS) | | | |
   | REPEATED BENDING ( HOURS) | | | |
   | CLIMBING ( HOURS) | | | |
   | OPERATING A MOTOR VEHICLE, CRANE, TRACTOR, ETC. | | | |
   | OTHER: | | | |

8. SEND A COPY OF THIS REPORT TO:
   U.S. DEPARTMENT OF LABOR
   Employment Standards Administration
   Office of Workers' Compensation Programs

9. NAME AND ADDRESS OF EMPLOYING AGENCY, WHICH IS TO RECEIVE THE ORIGINAL REPORT.

## INSTRUCTIONS FOR COMPLETION AND SUBMISSION OF DUTY STATUS REPORT

**SUPERVISOR:** Complete Part A. The form should then be referred to the attending physician for completion of Part B.

**ATTENDING PHYSICIAN:** Complete Part B. The original form should be returned to the employing agency (as shown in item 9). To prevent interruption in the continuation of the employee's pay, the completed form should be returned to the employing agency within two days following examination and/or treatment. A copy of the form should also be sent to the OWCP (as shown in item 8).

U.S. DEPARTMENT OF LABOR
Employment Standards Administration
Office of Workers' Compensation Programs (OWCP)

PLAINTIFF'S EXHIBIT B
PAGE 1 OF 2

Form CA-17
Rev. July 1981

## PART B — PHYSICIAN

**10.** IS THE EMPLOYEE ABLE TO PERFORM HIS/HER REGULAR WORK (Described in item 7)? ☐ YES ☒ NO
*(If yes, indicate whether Part or Full Time and date able to resume such work)*

☒ PART TIME   ☐ FULL TIME   Date (Mo., day, year) _____
Hours a day

**11.** IS THE EMPLOYEE ABLE TO PERFORM LIGHT WORK? ☐ NO ☒ YES. IF YES, CHECK THE WORK TOLERANCE LIMITATIONS WHICH ARE DUE TO THE INJURY. *(Including Preexisting Conditions.)*

| PHYSICAL LIMITATIONS | | FULL RESTRICTION | PARTIAL RESTRICTION | NO RESTRICTION |
|---|---|---|---|---|
| SEDENTARY — LIFTING 0 to 10 POUNDS | | | | XX |
| LIGHT — LIFTING 10 to 20 POUNDS | | | | XX |
| MODERATE — LIFTING 20 to 50 POUNDS | | | XX | |
| HEAVY — LIFTING 50 to 100 POUNDS | | XX | | |
| PULLING/PUSHING, CARRYING | | XX | | |
| REACHING OR WORKING ABOVE SHOULDER | | XX | | |
| WALKING | ( 2-4 ) HOURS) | | XX | |
| STANDING | ( 2-4 ) HOURS) | | XX | |
| SITTING | ( 2-4 ) HOURS) | | XX | |
| STOOPING | ( 0 ) HOURS) | | XX | |
| KNEELING | ( 0 ) HOURS) | | XX | |
| REPEATED BENDING | ( 0 ) HOURS) | XX | | |
| CLIMBING | ( 0 ) HOURS) | XX | | |
| OPERATING A MOTOR VEHICLE, CRANE, TRACTOR, ETC. | | | XX | |
| OTHER: | | | | |
| EXPOSURE LIMITATIONS (Specify): | | | | |

**12.** IF THE EMPLOYEE IS TOTALLY DISABLED FOR DUTY, GIVE A BRIEF REPORT AND PROGNOSIS

N/A

**13.** PERIOD OF DISABILITY *(if termination date unknown, so indicate)*
TOTAL DISABILITY FROM N/A TO
PARTIAL DISABILITY FROM TO

**14.** DATE EMPLOYEE ABLE TO RESUME WORK (Mo., day, year)
LIGHT WORK ☒  11/15/92
REGULAR WORK ☐

**15.** IF EMPLOYEE IS ABLE TO RESUME WORK, HAS HE/SHE BEEN ADVISED? ☒ YES ☐ NO. IF YES, FURNISH DATE ADVISED
(Mo., day, year) 11/02/92

**16.** DIAGNOSIS OF CONDITION DUE TO INJURY
C3–C4 HERNIATED NUCLEUS PULPOSUS, T8–T9 HERNIATED NUCLEUS PULPOSUS, & BULGING LUMBAR DISC

**17.** DATE OF EXAMINATION 05/13/96

**18.** DATES OF FURTHER APPOINTMENTS, IF ANY   12/02/96 @ 4:45 p.m.

**19.** SIGNATURE AND TYPED OR PRINTED NAME OF PHYSICIAN
HUMBERTO TIJERINA, M.D.

**20.** PROFESSIONAL DEGREE   NEUROSURGEON

**21.** DATE (Mo., day, year)   11/13/96