# Puig Physical Therapy Center

**P. T.**

February 19, 1997

E. M. Trominski
District Director
U.S. Immigration & Naturalization
**ATTN: MRS. JAN HERNANDEZ**

**RE:   MANUEL PEREZ**

Dear Mrs. Hernandez:

Mr. Manuel Perez was first referred to physical therapy at our facility on October 7, 1996 for a work related injury to the right shoulder that occurred on June 15, 1994. Initially, the pain to the shoulder was described as constant increasing use of the arm in overhead activities. In addition, the pain would interfere with his sleep. The supraspinatus test and the bicep tendonitis tests were unremarkable but crepitus (popping and grinding) was present during movement. Strength to the shoulder muscles was 4/5. Goneometric measurements were as follows: Shoulder Flexion 105/180; Abduction 90/180; External Rotation 40/90; Internal Rotation 50/70. Grip strength was decreased on the right with 38 Kg. compared to 57 Kg. on the left. The pain would radiate from the scapular area to the deltoids and down the hand to the middle finger.

He has received a total of four months of therapy consisting of hot packs, ultrasound, electrical stimulation, massage, and exercise to the shoulder with excellent results. Shoulder range of motion has increased to 160°/180° flexion and abduction is now within normal limits in external rotation and internal rotation. We have begun scapular mobilization exercises in an attempt to decrease the crepitation at the scapulo – thoracic joint.

Mr. Perez saw Dr. Snyder on February 3, 1997, at which time he ordered continuation of physical therapy at a frequency of 3 X WK X 4 WKS. We will continue to see him as ordered for the duration of the prescription.

Sincerely,

BERTHA PUIG, P.T.

BP/rp

2122 E. Griffin Parkway, Mission, Texas 78572  ( (210) 585-8886  Fax (210) 585-9971

PLAINTIFF'S EXHIBIT C
PAGE 1 OF 30

PATIENT: Perez Manuel

PATIENT NO:

DATE | EVALUATION & PROGRESS NOTES | PHYSICAL THERAPIST

---

Contax

P: Scapular. Movement much better.
P: Continue Carlos Perez LPTA

2/16/97
P: P.T. in Charge: B Puig
S: Status Quo
O: Tx: HP, ES, MASS & Thera Ex as per
   plan.
A: Pt tol. Rx well. Strength better, however
   Crepitus persists. Some pain still present.
P: Continue Carlos Perez LPTM

2/12/97
P: P.T. in Charge: B Puig
O: Pt reports feeling better today.
S: Tx: HP, ES, MASS & Thera Ex as per plan.
A: Pt tol Rx well. Crep. less pronounced
   today. Strength overall better. No Sig problem.
P: Continue Carlos Perez LPTA

2/11/97
P: P.T. in Charge: B Puig
S: Pt reports feeling better.
O: Tx: HP, ES, MASS & Thera Ex as per plan.
A: Pt tol Rx well. Some crepitation still

2/17/97
present.
P: Continue Carlos Perez, LPTA
Pt called & Cancelled Appt. Carlos Perez, LPTA
2-18-97 Qd OV Appointment well. Done all Ex as
   instructed. Gentle Shoulder + Scapula
   mobilize. Fir follow more like.
Also No Significant problems.
2-19-97 Status Quo. Resume HP ES Mass +
   Mobiliz & Ex. Tolerated treatment well.
2-20-97 Pt reports feeling belly ace
   Qt OV is less + ........ Muscle is Soot. Mucus
   pain. P

PATIENT: _Price Manuel_

PATIENT NO:

**EVALUATION & PROGRESS NOTES**

PHYSICAL THERAPIST

QUICK QUALITY PRINTING 383-6161

| DATE | |
|---|---|
| 1/31/97 | S: P.T. in Charge: B Puig |
| | O: Tx: HP, E-Stim, Mass to ® Shoulder. PT also |
| | rec'd Thera Ex as planned, Strength Ex for |
| | Flexion & Abs for Abductors, ROM WNL's |
| | A: Pt. tol. Rx fairly. Gradual ↑ in Strength |
| | noted. Pt is now experiencing worse pain |
| | to ® Shoulder and ↓ so restrictions are |
| | noted in ROM. |
| | P: Pt. to see Physician Carlos Perez, LPTA |
| 2/6/97 | P.T. in Charge: B Puig |
| | O: Tx: Pt c/o pain (occasional) ↓ Popping, but he |
| | reports feeling overall better. |
| | O: Tx: HP, E-Stim, Mass, Thera Ex, Mob, PRE, |
| | Scapular Mob, and now Resistive Ex to ® Shoulder. |
| | A: Pt tol. Rx well. Crepitus more frequent today |
| | Strength better. |
| | P: Continue Carlos Perez, LPTA |
| 2/6/97 | P.T. in Charge: B Puig |
| | S: Pt has no new complaints |
| | D: Tx HP and mass as well as Thera Ex |
| | as per plan. |
| | A: Pt tol. Rx well. Crepitus continues as |
| 2/7/97 | last visit. General Strength better. |
| | P: Continue Carlos Perez, LPTA |
| | R.T. in Charge: B Puig |
| | S: Pt has no new complaints |
| | O: Tx: HP, E-Stim and mass, as well as ROM |
| | ē strengthening Ex. |
| | A: Pt tol. Rx well Strength Puig gradually. |

# Puig Physical Therapy Center

2122 E. Griffin Parkway • Mission, Texas 78572
(210) 585-8886 • Fax (210) 585-9971
Bertha Puig L.P.T. Texas State Lic. # 1-0297-0

P. T.

Name: _Manuel Perez_    Date _2-3-97_

Diagnosis: (1) _Scapula thoracic syndrome_   DOB ___

Frequency and Duration of Treatments: _3 X wk X 6 wk_   ☐ AT P.T.'s Discretion

Area to be Treated: (1) _Shoulder_

Date of Next Doctor's Appointment: ___

Precautions or Contraindications: ___

Special Instructions: _Continue with phys. therapist Plan_

☑ Evaluate and Treat

☐ Hot Packs

☐ Cold Packs

☐ Ultrasound ——— ☐ Combo

☐ Electrical Stimulation

☐ Massage

☐ Intermittent Traction

    ☐ Pelvic    ☐ Cervical

☐ Paraffin

☐ Back School

☐ Phonophoresis

☐ Gait Training

☐ Whirlpool

☐ **Exercise**
- ☐ Muti Station Gym   ☐ Air-Dyne Bicycle
- ☐ Treadmill   ☐ Free Weights
- ☐ McKenzie Ex.   ☐ Rowing Exerciser
- ☐ William's Flexion Ex.

☐ **Protocol**
- ☐ ACL Reconstruction Protocol
- ☐ Rotator Cuff Reconstruction Protocol
- ☐ Post Meniscectomy Protocol
- ☐ Shoulder Decompression Protocol

☐ Hamstring Flexibility Exercises

☐ Home Exercise Program (with Inst. Booklets)

☐ T.E.N.S. Fitting and Instruction

☑ MAY USE OTHER MODALITIES AS NEEDED

_WD Sayago_

PHYSICIAN'S SIGNATURE

PLAINTIFF'S EXHIBIT C
PAGE 4 OF 30

P. T.

Sprague-Guy Physical Therap

MILEAGE REPORT

PATIENT'S NAME  Manuel Perek

| DATES February 1997 | MILES |
| --- | --- |
| 5 | |
| 6 | |
| 7 | |
| 10 | |
| 12 | |
| 14 | |
| 18 | |
| 19 | |
| 20 | |
| 25 | |
| 26 | |
| 27 | |

2513 E. Griffin Parkway  Mission, Texas 78572 • P.O. Box 756  McAllen, Texas 78502 • (210) 585-0806

PLAINTIFF'S EXHIBIT C
PAGE 5 OF 30

PATIENT: Manuel Pena

| DATE | EVALUATION & PROGRESS NOTES | PATIENT NO: | PHYSICAL THERAPIST |
|---|---|---|---|

1-20-97 — Sequela mobilization — Ex +
this HP ES MSS . Pepin's still
Eval doing retrow flex c̄ Caldwell
S: Pt c/o pain along R Shoulder . Same Pt                    BP 97
1/23/97 P: in Charge: B Poig
S: Pt c/o pain along R Shoulder.
O: Tx HP E ES, MSS, Passive stretching c̄
    Thera Ex as planned.
A: Pt tol Rx well. Intermittent Repeat
    persists. No Sig noted Strength
    better today.
P: Continue. Carlos Peiz, PTA

1/24/97 BT: in Charge: B Poig
S: Status Quo
O: Tx HP ES, MSS, Mob c̄ Thera Ex as planned.
A: Pt tol Rx well. No Sig crepitus noted.
    No Sig Pain noted. Scapular movement
    better.
P: Continue. Carlos Peiz, PTA

1-27-97 Pt reports feeling better recently, den
    Pepin's to the Sequela Thera c̄ Ex c̄
    Ant closed over . as Required
    Same improved                          B-Poig

1/29/97 P: in Charge: B Poig
S: Pt states that he feels stry.
O: Tx HP E ES, MSS to R Shoulder and
    Thera Ex as planned
A: Pt tol Ex well. Strength better. Occasional
    Crepitus.
P: Continue. Carlos Peiz, PTA

PLAINTIFF'S EXHIBIT C
PAGE 6 OF 30

PATIENT: Perez, Manuel

| DATE | EVALUATION & PROGRESS NOTES |
|------|------------------------------|
| 1/3/97 | P: P.T. in Charge: B Puig |
| | S: Pt. still c/o pain ē popping along ® shoulder. Pt. also c/o numbness along medial aspect of elbow ē middle finger. |
| | O: Tx: Thera Ex, Passive stretching, ē Mob. I/B US ē ES, MASS, HP |
| | A: Pt tol Rx well. ROM WNL's. Crepitation along A-C Jt. Noted. Strength overall better. |
| 1/5/97 | P: Continue ē cont US ē ES for next visit. Carlos Perez, LPTA |
| | S: Pt continue to c/o popping ē pain (intermittent) along A-C Jt. |
| | O: Tx: MASS, US ē ES. and Thera Ex, Passive stretching ē strengthening Ex. |
| | A: Pt tol Rx well. Crepitation along A-C Jt. pain not associated ē crepitation. Strength ↑ ing ē Ex. |
| 1/10/97 | P: Continue. Carlos Perez, LPTA |
| | P: P.T. in Charge: B Puig |
| | S: Pt reports that his ® shoulder is bothering him more today. |
| | O: Tx: MASS, US ē ES, HP, Thera Ex ē Passive Stretching as before. |
| | A: Pt tol Rx well. ① shoulder ROM shows limitation ē 20% into flexion ē Abd. Pain ē tenderness along A-C Jt. No crepitation along ® shoulder. Strength along ® shoulder better. |
| | P: Continue. ® Shoulder Stretch Carlos Perez, LPTA |

PATIENT NO:

PHYSICAL THERAPIST

# Puig Physical Therapy Center

2122 E. Griffin Parkway • Mission, Texas 78572
(210) 585-8886 • Fax (210) 585-9971
Bertha Puig L.P.T. Texas State Lic. #1-0297-0

P. T.

Name: _Manuel Perez_ Date _1-7-97_

Diagnosis: _Scapulothoracic dysfunction_ DOB

Frequency and Duration of Treatments: _3x wk x3wks_ ☐ AT P.T.'s Discretion

Area to be Treated: _(R) Shoulder_

Date of Next Doctor's Appointment: _____

Precautions or Contraindications: _____

Special Instructions: _work w/ scapula stabilization_
_strengthening Ex._ _work w/ scapula mobilization +_

☐ Evaluate and Treat

☐ Hot Packs

☐ Cold Packs

☐ Ultrasound ——— ☐ Combo

☐ Electrical Stimulation

☐ Massage

☐ Intermittent Traction

 ☐ Pelvic ☐ Cervical

☐ Paraffin

☐ Back School

☐ Phonophoresis

☐ Gait Training

☐ Whirlpool

☐ Exercise ———
- ☐ Multi Station Gym ☐ Air-Dyne Bicycle
- ☐ Treadmill ☐ Free Weights
- ☐ McKenzie Ex. ☐ Rowing Exerciser
- ☐ William's Flexion Ex.

☐ Protocol ———
- ☐ ACL Reconstruction Protocol
- ☐ Rotator Cuff Reconstruction Protocol
- ☐ Post Meniscectomy Protocol
- ☐ Shoulder Decompression Protocol

- ☐ Hamstring Flexibility Exercises
- ☐ Home Exercise Program (with Inst. Booklets)
- ☐ T.E.N.S. Fitting and Instruction
- ☒ MAY USE OTHER MODALITIES AS NEEDED

_____
PHYSICIAN SIGNATURE

P. T.

*Sprague-Twig Physical Therapy*

MILEAGE REPORT

PATIENT'S NAME  Manuel Perez

| DATES | MILES |
|-------|-------|
| January 1997 | |
| 3 | |
| 13 | |
| 15 | |
| 16 | |
| 20 | |
| 23 | |
| 24 | |
| 27 | |
| 29 | |
| 31 | |

2513 E. Griffin Parkway  Mission, Texas 78572 • P.O. Box 756 McAllen, Texas 78502 • (210) 585-8886

PATIENT: Perez, Manuel

PATIENT NO:

| DATE | EVALUATION & PROGRESS NOTES | PHYSICAL THERAPIST |
|---|---|---|

O: Continue
Tx: Passive Stretching Pulley, PNF, Manual
Resistive and Ball throwing (Added today) to
HP, ES, IFC, ES, ES to @ shoulder/Neck.
A: Pt tol Rx well. PROM WNL's. Crepitation
is becoming less frequent. No pain
associated w/ crepitation. Strength better.
P: Continue. Carlos Perez, LPTA

O: Note: D/c USES on next visit. Carlos Perez LPTA

DEC 30 1996
5: Pt in Charge B Pay
A: Pt c/o Some popping & discomfort to shoulder
@ night.
O: Tx: Passive Stretching, PNF, Manual Resistive and
Multi-Gym Stations as well as HP, ES, Mass
and USES.
A: Pt tol Rx well. Strength better. Crepitation
still noted, but it continues to be less frequent.
Occasional Pain still noted.
P: Continue. Carlos Perez, LPTA

DEC 31 1996
Some Complain — ROM - WNL
Continued Strength increase,
Treatment to continue as prescribed.
Attention well tol.          R._____ PT, PhD
5: Pt in Charge B Pay
O: Tx: Thera Ex as planned. HP, ES, ES & Mass.
A: ROM: WNL's          Strength: 4+/5 Grossly.
Pt tol Rx well. Occasional Crepitation.
Radiculopathy along dorsal forearm → into 3rd
digit.
P: Continue Carlos Perez, LPTA

QUICK QUALITY PRINTING

PATIENT: Perez, Manuel

| DATE | EVALUATION & PROGRESS NOTES | PATIENT NO: | PHYSICAL THERAPIST |
|------|------------------------------|-------------|--------------------|

**12/18/96** P.T. in Charge: B Puig
S: Pt reports feeling overall better. PT still
c/o Intermittent Pain.
O: Tx: Passive Stretching, PNF, Man. Resistive
Ex., Moth stations, HP, US-ES and mass
to ® Shoulder.
A: Pt tol Rx well. Crepitation ē Pain Persist
but not constant. Strength much better.
P: Continue. Carlos Perez LPTA

**DEC 26 1996** P.T. in Charge: B Puig
S: Pt reports feeling a little better.
O: Tx: HP ē ES US-ES, Mass to ® shoulder ē Neck
A: Pt tol Rx well. Intermittent Crepitation ē
pain still Present. Strength much better.
P: Continue. Carlos Perez LPTA

**12/23/96** P.T. in Charge: B Puig
S: Pt reports feeling better.
O: Tx: HP ē ES US-ES, Mass to ® shoulder
ē Neck and Thera Ex, PNF, Moth Exs, Man.
Resistive Ex.
A: Pt tol Rx well. Crepitation becoming
less Pronounced. Strength much better.
P: Continue. Carlos Perez LPTA
Note: d/c US-ES for next visit. Carlos Perez LPTA

**DEC 27 1996** P.T. in Charge: B Puig
S: Pt reports feeling better today.

# Puig Physical Therapy Center

2122 E. Griffin Parkway • Mission, Texas 78572
(210) 585-8886 • Fax (210) 585-9971
Bertha Puig L.P.T., Texas State Lic. # 1-0297-0

P.T.

Name: Manuel Perez    Date 12/20/96

Diagnosis: ® Shoulder Lambrum Tear    DOB 6/15/94

Frequency and Duration of Treatments: 3X/WK X 2 WKS    ☐ AT P.T.'s Discretion

Area to be Treated: ® Shoulder

Date of Next Doctor's Appointment: December 31, 1996

Precautions or Contraindications: _____

Special Instructions: _____

☐ Evaluate and Treat

☒ Hot Packs

☐ Cold Packs

☒ Ultrasound ———— ☒ Combo

☐ Electrical Stimulation

☒ Massage

☐ Intermittent Traction
    ☐ Pelvic    ☐ Cervical

☐ Whirlpool

☐ Gait Training

☐ Phonophoresis

☐ Back School

☐ Paraffin

☒ Exercise
| | |
|---|---|
| ☐ Multi Station Gym | ☐ Air-Dyne Bicycle |
| ☐ Treadmill | ☐ Free Weights |
| ☐ McKenzie Ex. | ☐ Rowing Exerciser |
| ☐ William's Flexion Ex. | |

☐ Protocol ————
- ☐ ACL Reconstruction Protocol
- ☐ Rotator Cuff Reconstruction Protocol
- ☐ Post Meniscectomy Protocol
- ☐ Shoulder Decompression Protocol
- ☐ Hamstring Flexibility Exercises
- ☐ Home Exercise Program (with Inst. Booklets)
- ☐ T.E.N.S. Fitting and Instruction
- ☐ MAY USE OTHER MODALITIES AS NEEDED



PHYSICIAN'S SIGNATURE

PATIENT: Perez, Antonio/

PATIENT NO:

| DATE | EVALUATION & PROGRESS NOTES | PHYSICAL THERAPIST |
|---|---|---|

Continue and Stabilization Ex.

A: Popping still present, but it is less frequent today. Strength better. —

P: Continue. Carlos Perez, LPTA

DEC 11 1996

S: Pt has no new complaints.

O: Tx: Passive stretching, PNF, Mult station, Manual resistive Ex, HP, U.S., E.S., mass to @ Shoulder.

A: Pt tol. Rx well. Strength better. Popping more frequent today —

P: Continue. Carlos Perez, LPTA

12-13-96 Seen lk. Good ROM but

R.O.M. present — Manual resistive Ex, PNF, mobilized Ex, mult. station. Gym, Minimal que reveals 90%

S: Pt reports feeling better, but he states that occasional Popping continues. —

O: Tx: Passive stretching, PNF, Mult. station, Manual resistive Ex HP, U.S., E.S., mass to @ Shoulder.

A: Pt. tol. Rx. well. Strength Strength persists. however, it is less pronounced.

P: Continue. Carlos Perez, LPTA

12/16/96 P.T. in Charge: B. Roig

PLAINTIFF'S EXHIBIT C
PAGE 13 OF 30

PROFESSIONAL P.T. PROFESSIONAL
2122 E. GRIFFIN PKWY.
MISSION, TX 78572
(210) 585-8886

PATIENT: Perez, Manuel

| DATE | EVALUATION & PROGRESS NOTES | TIME: | PHYSICAL THERAPIST |
|---|---|---|---|

**DEC 0 2 1996** — Called & cancelled due to needing Precert Authorization. Rescheduled for Wednesday 9:00 AM. — B. Polanco

**DEC 03 1996** — P.T. in Charge: B Puig
S: Pt. c̄ occasional popping c̄ some pain
O: Tx: HP, USES, mass, Passive stretching, PNF
A: Pt tol Rx well. Intermittent popping c̄ occasional Numbness present.
P: Continue. Carlos Perez, LPTA

**12/4/96** — P.T. in Charge: B Puig
S: Pt continues to c̄ occasional popping and pain as before.
O: Tx: HP, USES, mass + Passive stretching, PNF stabilization Ex. to @ shoulder.
A: Pt tol. Rx well. Strength much better ROM Good. Intermittent popping c̄ pain noted Occurs c̄ variety of different movements.
P: Continue. Carlos Perez, LPTA

**DEC 06 1996** — P.T. in Charge: B Puig
S: Pt has no new complaints
O: Tx: HP, USES, mass, Passive stretching Mobil. Gym PNF, Stabilization Ex to @ shoulder.
A: Pt tol. Rx well. Strength better in available range. Intermittent popping c̄ pain persists
P: Continue. Carlos Perez, LPTA

**12/9/96** — P.T. in Charge: B Puig
S: Pt reports feeling better.
O: Tx: HP, USES, mass to @ shoulder, Mobil gym, Stabilization, Passive stretching, PNF, Mult. gym, Stabilization,

PLAINTIFF'S EXHIBIT C
PAGE 14 OF 30

P. T.

# Sprague-Puig Physical Therapy Center

## MILEAGE REPORT

PATIENT'S NAME   Manuel Perez   1996

| DATES | MILES |
|-------|-------|
| December 2 | |
| 4 | |
| 6 | |
| 9 | |
| 11 | |
| 13 | |
| 16 | |
| 18 | |
| 20 | |
| 23 | |

2513 E. Griffin Parkway  Mission, Texas 78572 • P.O. Box 756  McAllen, Texas 78502 • (210) 585-8886

PLAINTIFF'S EXHIBIT C
PAGE 15 OF 30



P. T.

Sprague-Prig Physical Therapy Center

MILEAGE REPORT

PATIENT'S NAME   Manuel Prieto

| DATES | MILES |
|---|---|
| December 1996 | |
| 3 | |
| 4 | |
| 6 | |
| 9 | |
| 11 | |
| 13 | |
| 16 | |
| 18 | |
| 20 | |
| 23 | |
| 26 | |
| 27 | |
| 30 | |
| 31 | |

2513 E. Griffin Parkway  Mission, Texas 78572 • P.O. Box 756 McAllen, Texas 78502 • (210) 585-0886

PLAINTIFF'S EXHIBIT C
PAGE 16 OF 30

# Puig Physical Therapy Center

2122 E. Griffin Parkway • Mission, Texas 78572
(210) 585-8886 • Fax (210) 585-9971
Bertha Puig L.P.T. Texas State Lic. #1-0297-0

P. T.

Name: _Manuel Perez_  Date: _11-26-96_

Diagnosis: ® Shoulder labrum Tear DOB _____

Frequency and Duration of Treatments: 3x wk (3 wks) ☐ AT P.T's Discretion

Area to be Treated: ® Shoulder

Date of Next Doctor's Appointment: _3 wks_

Precautions or Contraindications: _____

Special Instructions: _____

☒ Evaluate and Treat

☒ Exercise
☐ Muli Station Gym  ☐ Air-Dyne Bicycle
☐ Treadmill  ☐ Free Weights
☐ McKenzie Ex.  ☐ Rowing Exerciser
☐ William's Flexion Ex.

☐ Hot Packs

☐ Cold Packs

☒ Ultrasound ——— ☐ Combo

☐ Electrical Stimulation

☐ Protocol
☐ ACL Reconstruction Protocol
☐ Rotator Cuff Reconstruction Protocol
☐ Post Meniscectomy Protocol
☐ Shoulder Decompression Protocol

☐ Massage

☐ Intermittent Traction

  ☐ Pelvic  ☐ Cervical

☐ Hamstring Flexibility Exercises
☐ Home Exercise Program (with Inst. Booklets)
☐ T.E.N.S. Fitting and Instruction
☒ MAY USE OTHER MODALITIES AS NEEDED

☐ Paraffin

☐ Back School

☐ Phonophoresis

☐ Gait Training

☐ Whirlpool



_____
PHYSICIAN'S SIGNATURE

PLAINTIFF'S EXHIBIT C
PAGE 17 OF 30

PATIENT: Perez, Manuel

PATIENT NO:                                    PHYSICAL THERAPIST

| DATE | EVALUATION & PROGRESS NOTES |
|------|------------------------------|
| 11/15/96 | P.T. in Charge: B. Puig |
| | S: Pt states that he feels better. |
| | O: Tx: HP, US, ES, mass to ® shoulder, flb |
| | Man. Resistive, Passive stretching, Mult. Gym |
| | PNF ē Pulley |
| | A: Pt tol. Rx well. Tightness along lat scapula |
| | Region. Occasional Popping. Overall Pt |
| | progressing nicely |
| | P: Continue. Carlos Perez, LPTA |
| 11/18/96 | P.T. in Charge: B. Puig |
| | S: Pt c/o some soreness today. |
| | O: Tx: HP, US, ES, mass and Thera Ex consisting |
| | of Passive stretching ē Mult. Stations in Gym. |
| | A: Pt tol Rx well. Occasional Popping |
| | still noted. Strength Sig better. No |
| | problems. Pt is showing good grade(s) |
| | P: Continue ē Rx. Carlos Perez, LPTA |
| 11/20/96 | S: Some headaches + M complains |
| | O: Tx: HP, US, ES, Shoulder as well. |
| | Mass to (L) Shoulder as well. |
| | Pom WNL. Exercises progress [Exercise] Ultrasound. Clinic as usual. HP, US, ES & Mass |
| | Biceps |
| NOV 22 1996 | P.T. in Charge: B. Puig |
| | S: Pt reports feeling better today. |
| | O: Tx: HP, US, ES, mass and Thera Ex as well |
| | as Passive stretching |
| | A: Pt tol. Rx well. Pain symptoms a little |
| | better. Some Popping ē pain persists. |
| | P: Continue ē Rx. Carlos Perez, LPTA |

PLAINTIFF'S EXHIBIT C
PAGE 18 OF 30

PATIENT: Manuel Perez

PATIENT NO:

**EVALUATION & PROGRESS NOTES**

PHYSICAL THERAPIST

| DATE | |
|---|---|
| NOV 06 1996 | S: Pt in Charge: B Puig<br>Pt reports doing better today.<br>O: Tx: Mob, Gym, Man, Resistive, PNF<br>and ROM, f/b USES, mass, HP. —<br>A: Pt tol. Rx well. Pain less pronounced.<br>Occasional 1 pinging c̄ Active movement.<br>P: Pt progressing<br>Continue. Carlos Perez LPTA |
| NOV 08 1996 | S: Pt reports feeling better, but he c/o soreness<br>c̄ weather change.<br>O: Tx: HP, US, ES, mass to ⓇShoulder<br>f/b Mult. Gym, PNF, Man, Resistive, Passive<br>Stretching<br>A: Pt tol. Rx well. Pain less pronounced<br>Intermittent popping still occurs; however<br>it is less frequent.<br>P: Continue. Carlos Perez LPTA |
| NOV 11 1996 | S: Pt reports feeling overall better. —<br>O: Tx: HP, US, ES, mass to ⓇShoulder<br>and Thera Ex as planned. —<br>A: Pt tol. Rx well. Pt progressing well<br>c̄ Tx. No problems noted —<br>P: Continue. Carlos Perez LPTA |
| NOV 13 1996 | ROM WNL. Quadrant during abduction c̄ IR<br>Add during neutral, Radiation referance<br>Repeats feeling numbness<br>B PT |

PLAINTIFF'S EXHIBIT C
PAGE 19 OF 30

PROFESSIONAL P.T. PROVIDERS
2122 E. GRIFFIN PKWY.
MISSION, TX 78572
(210) 585-8886

**PATIENT:** Perez, Manuel

| DATE | EVALUATION & PROGRESS NOTES | TIME: | PHYSICAL THERAPIST |
|---|---|---|---|
| | Continue. HP, US, E-Stim, mass to R Shoulder. AROM: Flexion 120°: ER w/wts   Strength: 4+/5 Abd 115°. IR 340 Grip @ 46 Kgs @ 53 Kgs | | |
| | A: Pt tol Rx well. Strength & ROM better. Popping & Pain persists. Some spasms noted. Popping @ varing -Angles. | | |
| 10-30-96 | P: Pt to see Physician. Carlos Perez LPTA Q + Neuro Dr. Snyder who ordered cont Rx 2 OT. 3 wk / 4 wk. | | |
| | S: Pt. c/o some c ROM in now w/n E/E. Shoulder ROM in now w/n E/E. Objective sympt. c still present deco. Endurance c E/E. Strength c 4/5 Spasms less still he felt c alg the cuff when objective - trying the | | 300 ~ |
| 11/1/96 | P: P.T. in Charge: B. Roig | | |
| | S: Pt reports doing better. | | |
| | O: Tx Passive Strength AROM c multi Gym obletions HP, US, E-Stim, mass to R shoulder. A: Pt tol Rx well. ROM Improving c Pain is less pronounced on end range. General strength better. Continue. Carlos Perez LPTA | | |
| 11/4/96 | O: Pt called c Cancelled Appt. Carlos Perez LPTA P.T. in Charge: B Roig | | |
| 11/5/96 | S: Pt reports that he continues to feel better. | | |
| | O: Tx   Turn c Passive stretching, c ROM better. P: Pt tol Rx well. Popping less pronounced better. Strength better. /Carlos Perez LPTA | | |
| | D: Continue c Rx. ___ /Carlos Perez LPTA | | |

QUICK QUALITY PRINTING 585-6851

*Sprague-Puig Physical Therapy Center*

P. T.

MILEAGE REPORT

PATIENT'S NAME  Manuel Perez

MILES  1906

DATES  November
1st
5
6
8
11
13
15
18
30
22

2513 E. Griffin Parkway  Mission, Texas 78572 • P.O. Box 756 McAllen, Texas 78502 • (210) 585-8886

PLAINTIFF'S EXHIBIT C
PAGE 21 OF 30



# Puig Physical Therapy Center

10-30-96
Date

## FAX TRANSMITTAL

TO: Letty Sandoval

FAX #: 210-548-2739

FROM: Manuel Perez, SR

FAX #: 210-585-9971

MESSAGE: Letty Please Send one copy to detention, one copy to Jan Hernandez, And one copy to my files

TOTAL # OF PAGES INCLUDING COVER SHEET ____2____

IF YOU DO NOT RECEIVE ALL PAGES PLEASE CALL US AT (210)585-8886.

2122 E. Griffin Parkway, Mission, Texas 78572   ( (210) 585 3886  Fax (210) 585-9971

PLAINTIFF'S EXHIBIT C
PAGE 22 OF 30

# Puig Physical Therapy Center

2122 E. Griffin Parkway, Mission, Texas 78572
☎(210) 585-8886 Fax- (210) 585-9971

Bertha Puig L.P.T. Texas State Lic. #1-0297-0

Name: _Minuel Reyes_                    DOI: _____

Diagnosis: _____    Date: _10-29-96_

Frequency and Duration of Treatments: _3x/wk/4wks_ ☐ AT PT's Discretion

Area to be Treated: _(R) Ex._____

Date of Next Doctor's Appointment: _1 mnth_

Precautions and Contraindications: _Continue C Shoulder Protocol_

☑ Evaluate and Treat

☐ Hot Packs                          ☐ Whirlpool

☐ Cold Packs                         ☐ Extremity          ☐ Full Immersion

☐ Ultrasound ──────┐                 ☒ Exercise ──────┐
                   ├─ ☐ Comb.         ☐ Multi Station    ☐ Air-Dyne Bicycle
☐ Electrical Stimulation ┘            ☐ Gym              ☐ Free Weights
                                      ☐ Treadmill        ☐ Rowing Exerciser
☐ Massage                            ☐ McKenzie Ex.
                                      ☐ William's Flexion Ex.
☐ Traction

☐ Pelvic      ☐ Cervical             ☐ Home Exercise Program (With Inst. Booklets)

☐ Muscle Test                        ☐ T.E.N.S. Fitting and Instruction

   Paraffin                          ☒ May Use Other Modalities as Needed

☐ Back School

☐ Interferential Stimulation

☐ Phonophoresis                      _____
                                     PHYSICIAN'S SIGNATURE
☐ Gait Training

PLAINTIFF'S EXHIBIT C
PAGE 23 OF 30

**PATIENT:** Perez, Manuel

**DATE** | **EVALUATION & PROGRESS NOTES**

**PATIENT NO:**

**PHYSICAL THERAPIST**

**OCT 16 1996**

P: Continue
Continue Carlos Perez, LPTA

A: ROM WNL in all planes
Movement Good. No pain w/
shoulder flexion. PNF pattern
is abd & ER. Some redness.
IR w/s ES & massage. Given to f.
O: Overall reports feeling better.
ROM WNL in all planes with
minimal pain at end range.
ONE Pattern. Pt. also received modalities
on the treatment plan. Tolerated treatment well. RP

**OCT 18 1996**

10-21-96 Pt. did not show for appointment. LF.
mass

A: Pt. tol. Rx well. Feels better today.
Pain on end range. Spasms less Pronounced.
O: Tx: Thera Ex, Passive Stretching, gentle stabi-
lization, & Man. Resistance, H/o uses ES
S: Pt report feeling less pain today 2°to meds,
P: Continue Carlos Perez LPTA

**OCT 23 1996**

O: Pt repeat feeling better. Reports that
B.T.   anterolateral muscle relaxant
was helped Pt received H/o US, ES & Mast
Stretching & Man & gentle Stretching Ex.
Tolerated treatment well.
S: Pt reports feeling better. However He continues
to c/o Popping & Pain.
D: 1x. Thera Ex, Passive Stretch,

**OCT 25 1996**

D.T. in Charge: B. Ruiz

A: Pt. in Charge: B. Ruiz
   , Stabilization.

QUICK QUALITY PRINTING 303-2201

PATIENT: Manuel Perez

PATIENT NO:

| DATE | EVALUATION & PROGRESS NOTES | PHYSICAL THERAPIST |
|---|---|---|
| | Treatment - Dr accessing NPX screening. U.S. of L. trapezius & massage (med/deep) to the (R) shoulder. Segonal and deltoid areas. 3x wk. this week. high or 2 bone Ex program. Cardio NMS + ANC patterns for all phases of movement. | BPng |
| 10/3/96 | P.T. in Charge: B. Png | |
| | S: Pt c/o Neck pain p̄ last visit. | |
| | O: Tx: U.S./mass. c̄ HP to (R) shoulder/UE c̄ Scapula Areas. | |
| | A: Pt tol Rx fairly. No Ex today. Tried Pain | |
| | P: Continue. Carlos Perez LPTA | |
| 10/8/96 | P.T. in Charge: B. Png | |
| | S: Pt c/o Neck pain p̄ last visit. | |
| | O: Tx: U.S./mass. c̄ HP to (R) shoulder/UE c̄ Scapula Areas. | |
| | A: Pt tol Rx fairly. No Ex today. Tried Pain soreness noted. Spasms along involved musculature. | |
| | P: Continue. Carlos Perez LPTA | |
| 10/9/96 | P.T. in Charge: B. Png | |
| | S: Pt reports feeling better. | |
| | O: Tx: U.S./mass. c̄ HP to (R) shoulder UE c̄ Scapula Areas | |
| | A: Pt tol Rx fairly. No ↓ Ex Again today. Spasms persists c̄ Pain better today. | |
| | P: Continue. Carlos Perez LPTA | |
| OCT 11 1996 | P.T. in Charge: B. Png | |
| | S: Pt reports feeling overall better. | |
| | O: Tx: HP U.S./ES mass to (R) shoulder. | |
| | A: Pt tol Rx well. Some pain persists along G-H & AC Jts. Some Spasms are still present. | |
| | P: Continue ē Passive. Carlos Perez LPTA | |
| OCT 14 1996 | P.T. in Charge: B. Png | |
| | S: Pt c/o Some pain today | |
| | O: Tx: HP U.S./ES mass to (R) shoulder ē/B Gentle Passive stretching. Spasms persist. | |
| | A: Overall Pain better. | |

PLAINTIFF'S EXHIBIT C
PAGE 25 OF 30



*Puig Physical Therapy Center*

P. T.

October 25, 1996

Mr. Manuel Perez
206 E. 7th St.
Los Fresnos, TX 78566

Dear Mr. Perez:

You have come to the clinic for ten physical therapy treatments.
The treatments consisted of range of motion and strengthening
exercises, hot packs, ultrasound with electrical stimulation,
and massage to the right shoulder.

Currently, active range of motion: Flexion 120°; Abduction
115°; External Rotation – within normal limits; Internal
Rotation 54°. Grip strength: right 46 Kgs. ; left 53 Kgs.
Strength: grossly 4+/5

Popping and pain persists with active movement to the right
shoulder. Muscle tone exhibits some spasms along the right
shoulder and right upper extremity. You have shown good progress
in range of motion and strength; however, pain symptoms and
intermitten popping persist.

Sincerely,

*Carlos Perez LPTA*

CARLOS PEREZ, L.P.T.A.
CP/rp

PLAINTIFF'S EXHIBIT C
PAGE 26 OF 30



*Puig Physical Therapy Center*

P. T.

October 7, 1996

William Snyder, MD
320 Lindberg Center
McAllen, TX 78501

RE:  INITIAL EVALUATION ON MANUEL PEREZ

This 41 year old male sustained his original injury to the right
shoulder on June 15, 1994 during PR 24 training with the U.S.
Immigration Service.  He has not had surgery but has had about
8 weeks of physical therapy with good results.  Presently the
pain is constant and increases with overuse of the arm especially
during overhead activities.  Patient is also having difficulty
sleeping due to pain.  Evaluation shows a probable labrum tear.
The supraspinatus and the biceps tendonitis test were
unremarkable.  Strength in the shoulder is 4/5.  Range of motion
measurements are as follows:  Flexion 105°, abduction 90°,
external rotation 40° and internal rotation 50° (passive, supine
and with pain).  Grip strength is decreased on the right with
38Kg compared to 57Kg on the left.  Patient is left handed.
The pain radiates from the scapular area to the deltoids down
the right hand to the middle finger.

PLAN:  Hot packs, ultrasound, massage and exercise 3xwk x 3wks.

GOAL:  Increase range of motion by 30° in each plane.  Decrease
pain to minimal and intermittent.  Establish independence in
a home exercise program.

Thank you for referring Mr. Perez to our office.  We will treat
as ordered and inform you as to his progress.

*Bertha Puig, P.T.*
BERTHA PUIG, P.T.

BP/cv

RECEIVED
OCT 16 1996
BY:

2122 E. Griffin Parkway, Mission, Texas 78572  ( (210) 585-8886 Fax (210) 585-9971

PLAINTIFF'S EXHIBIT C
PAGE 27 OF 30

Puig Physical Therapy Center

P. T.

DATE: ____10/7/96____

WC __✓__ ATTY ____ PI ____ PP ____
REFERRING DR.: __Snyder__

MOD.
10-corder

PATIENTS NAME: __Manuel Perez__
ADDRESS: __206 E. 4th Rio Grande 78566__
SS #: __3-76-62-0357__ DOB __9/26/55__ DOI __6/15/94__
HOME PHONE: __233-9595__  WORK PHONE: __233-4431__
CONTACT PERSON __Olivia Perez (wife)__ PHONE NO.: __943-3512__
EMPLOYER: __U.S. Immigration__
ADDRESS: __Rt. 3 Box 341 Los Fresnos, TX 78566__
PHONE NO.: __(210) 233-4431__

INS. CO. NAME: __U.S. Dept. of Labor__
ADDRESS: __525 Griffin St. Room #100 Dallas TX 75202__
PHONE NO.: __(214) 767-4710?__
ADJUSTERS NAME: __Diane White__
CLAIM #: __16344087__

new had
umore 80 PI
wxs 80 PI

Opin 18/4/4 (n)
#3087

PLAINTIFF'S EXHIBIT C
PAGE 28 OF 30

# Puig Physical Therapy Center

P.T.

2122 E. Griffin Parkway, Mission, Texas 78572

☎(210) 585-8886 Fax– (210) 585-9971

Bertha Puig L.P.T. Texas State Lic. #1-0297-0

233 9191

Name: Manuel Perez                                  Date: 10-1-96

Diagnosis: Possible Lumbar Tear                     DOB: 6-11-96

Frequency and Duration of Treatments: 3xwk X 3 wk At P.T.'s Discretion

Area to be Treated: LB Strengthening 3 wks

Date of Next Doctor's Appointment:

Precautions and Contraindications:

☒ Evaluate and Treat

☐ Hot Packs

☐ Cold Packs

☐ Ultrasound ─┐
                ├─ ☐ Comb.
☐ Electrical Stimulation ─┘

☐ Massage

☐ Traction

☐ Pelvic    ☐ Cervical

☐ Muscle Test

☐ Paraffin

☐ Back School

☐ Interferential Stimulation

☐ Phonophoresis

☐ Gait Training

☐ Whirlpool

☐ Extremity          ☐ Full Immersion

☒ Exercise ┌──────────────────────────────┐
           │ ☐ Multi. Station   ☐ Air-Dyne Bicycle │
           │ ☐ Gym              ☐Free Weights       │
           │ ☐ Treadmill        ☐Rowing Exerciser   │
           │ ☐ McKenzie Ex.                         │
           │ ☐ William's Flexion Ex.                │
           └──────────────────────────────┘

☒ Home Exercise Program (With Inst. Booklets)

☐ T.E.N.S. Fitting and Instruction

☒ May Use Other Modalities as Needed

_____
PHYSICIAN'S SIGNATURE

Sprague-Puig Physical Therapy Center

P. T.

MILEAGE REPORT

PATIENT'S NAME  Manuel Perez  1006

| DATES | MILES |
|-------|-------|
| October |  |
| 7 |  |
| 8 |  |
| 9 |  |
| 11 |  |
| 14 |  |
| 16 |  |
| 18 |  |
| 22 |  |
| 23 |  |
| 25 |  |
| 30 |  |

2513 E. Griffin Parkway  Mission, Texas 78572 • P.O. Box 756 McAllen, Texas 78502 • (210) 585-8886

PLAINTIFF'S EXHIBIT C
PAGE 30 OF 30