**Attending Physician's Report**

U.S. Department of Labor
Employment Standards Administration
Office of Workers' Compensation Programs

OMB No. 1215-0155
Expires: 9-30-88

**Record of Examination**

What history of injury (including disease) Did patient give you?

1. Patient's name

Last: Perez Jr.   First: Manuel   Middle

2. Date of Injury — mo. 6 day 15 yr. 84

3. OWCP File Number: 16024408?

ICD-9 Code

**5.** Is there any history or evidence of concurrent or pre-existing injury or disease or physical impairment?
(If yes, please describe)
☐ Yes   ☑ No

Rt Shoulder Impingment, Cervical Sprain, Arm Pain

ICD-9 Code

**6.** What are your findings? (Include results of X-Rays, laboratory reports, etc.)

Rt Shoulder Impingment, Cervical Sprain, Arm Pain

Exhibit 4.
page 27 of 32

**7.** What is your diagnosis?

Shoulder Impingment, Rotator Cuff Tear

**8.** Do you believe the condition found was caused or aggravated by an employment activity? (Please explain answer)
☑ Yes   ☐ No

**9.** Did injury require hospitalization?
If no, go to item #12.
☐ Yes   ☑ No

PR-24 (Training Side Handle Baton)

**10.** Date of admission — mo. day yr. N/A

**11.** Date of discharge — mo. day yr. N/A

**12.** Additional Hospitalization required
If Yes, describe in "Remarks"
(item 25)   ☐ Yes   ☐ No   N/A

**13.** What treatment did you provide?

Physical Therapy

**14.** Date of first examination — mo. day yr. ''   See Attached Paper

**15.** Date(s) of treatment — mo. day yr.    mo. day yr.

**16.** Date of discharge from treatment — mo. day yr.

Period of total disability
From mo. 8 day 31 yr. 84   Thru mo. 11 day 24 yr. 84

**18.** Period of Partial Disability
From mo. 11 day 24 yr. 84   Thru To present date

**19.** Date employee able to resume light work — mo. day yr. N/A

**20.** Date employee is able to resume regular work — mo. day yr. N/A

**21.** Has employee been advised that he/she can return to work?
☐ Yes   ☑ No

**22.** If yes, on what date was he/she advised? — mo. day yr. N/A

**23.** If employee is able to resume only light work, indicate the extent of physical limitations and the type of work that could reasonably be performed with these limitations. (Continue in item #24 if necessary.)   N/A

**24.** Are any permanent effects expected as a result of this injury? If yes, describe in item #24.   ☐ Yes   ☐ No   N/A

**25.** Remarks

Mr. Perez Treatment Includes A Shoulder arthroscopy with decompression, possible rotator cuff repair, Along with post operative Physical Therapy.

**25.** If you have referred the employee to another physician provide the following:

Name: N/A
Address
City           State           Zip

**27.** What was the reason for this referral?

Specialty

☐ Consultation   ☐ Treatment

**28.** I certify that the statements in response to the questions asked above are true, complete and correct to the best of my knowledge. Further, I understand that any false or misleading statement or any misrepresentation or concealment of material fact; which is knowingly made may subject me to felony criminal prosecution.

**Signature**

Signature of Physician

Date 7/25/04

**29.** Name of Physician

Name of Physician

Address: Ste & Rowe
City: McAllen   State: TX   Zip: 78504

**30.** Tax ID Number: 742858870

**31.** Do you specialize?   ☑ Yes   ☐ No

**32.** If yes, indicate specialty: Ortho

PLAINTIFF'S EXHIBIT D
PAGE 1 OF 1

CA-20
Rev. Aug. 1987