## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL PEREZ, JR., <br>    Plaintiff, | * <br> * <br> * |
| v. | *    CIVIL ACTION NO. B-03-140 <br> * |
| JOHN D. ASHCROFT, Attorney General for the United States, and TOM RIDGE, Secretary of the United States Department of Homeland Security, <br>    Defendants. | * <br> * <br> * <br> * <br> * |

## ORDER SUSTAINING DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBITS B, C, AND D AND ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND ALTERNATIVE MOTION FOR SUMMARY JUDGEMENT

     Today, this Court considered the Defendants' Motion to Dismiss and Alternative Motion for Summary Judgement and their objections to Plaintiff's Exhibits B, C, and D which Plaintiff submitted in his response to the Defendants' Motion.

     Having reviewed the supporting memorandums for each parties position and exhibits on file, this Court finds:

     that the Plaintiff's Exhibits B and C constitute hearsay and are therefore inadmissable (FED. R. EVID. 802);

     that Plaintiff's Exhibit D is inadmissable as it fails "to make the existence of any fact that is of consequence to the determination" of this action (FED. R. EVID. 401 and 402).

     that Defendants' motion to dismiss should be GRANTED because Plaintiff has failed to state a claim upon which relief can be granted.

     THEREFORE, IT IS ORDERED, that this lawsuit be dismissed for failing to state a claim upon which relief can be granted and that Judgement is hereby RENDERED in favor of the defendants and against the Plaintiff herein. Costs are to be assess against the Plaintiff.

     Signed: _____

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
Southern District of Texas