United States District Court
Southern District of Texas
FILED

FEB 18 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL PEREZ, JR., <br> Plaintiff, | * <br> * <br> * |
| v. | *    CIVIL ACTION NO. B-03-140 <br> * |
| JOHN D. ASHCROFT, Attorney General <br> for the United States, and TOM RIDGE, <br> Secretary of the United States Department <br> of Homeland Security, <br> Defendants, | * <br> * <br> * <br> * <br> * |

### DEFENDANTS' UNOPPOSED MOTION FOR
### EXTENSION OF JOINT PRE-TRIAL ORDER DEADLINE

Defendants herein respectfully move this Court for an order extending the deadline for which the parties may submit their Joint Pre-Trial Order. Defendants submit to the Court that counsel for the Defendants has been unable to confer with Plaintiff's counsel regarding same due to an unexpected medical emergency of a family member. Given that this matter is set for final pretrial and docket call on March 1, 2005, Defendants ask that the parties be allowed until February 25, 2005, to submit their Joint Pre-Trial Order.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of "Defendants' Unopposed Motion for Extension of Joint Pre-trial Order Deadline" was mailed, via first class mail, on February 18, to Plaintiff's attorney, Mr. T. Mark Blakemore, Attorney at Law, 835 E. Levee St., 6th floor, Brownsville, Texas 78520.

NANCY L. MASSO

## CERTIFICATE OF CONFERENCE

I certify that on February 17, 2005, Plaintiff's counsel, Mark Blakemore, was consulted regarding this motion. Mr. Blakemore indicated that he did not oppose the motion.

NANCY L. MASSO