UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL PEREZ, JR.,<br>    Plaintiff, | *<br>*<br>* |
| v. | *   CIVIL ACTION NO. B-03-140<br>* |
| JOHN D. ASHCROFT, Attorney General<br>for the United States, and TOM RIDGE,<br>Secretary of the United States Department<br>of Homeland Security,<br>    Defendants, | *<br>*<br>*<br>* |

## ORDER

I have reviewed the Defendants' Unopposed Motion for Extension of Joint Pre-trial Order Deadline. Having considered same this Court finds that it should be and is GRANTED.

THEREFORE, IT IS ORDERED, that the parties herein submit their Joint Pre-Trial Order no later than February 25, 2005.

Signed: _____

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
Southern District of Texas