United States District Court
Southern District of Texas
ENTERED

FEB 22 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| MANUEL PEREZ, JR., <br> Plaintiff, | * <br> * <br> * |
| v. | *    CIVIL ACTION NO. B-03-140 <br> * |
| JOHN D. ASHCROFT, Attorney General <br> for the United States, and TOM RIDGE, <br> Secretary of the United States Department <br> of Homeland Security, <br> Defendants, | * <br> * <br> * <br> * |

## ORDER

I have reviewed the Defendants' Unopposed Motion for Extension of Joint Pre-trial Order Deadline. Having considered same this Court finds that it should be and is GRANTED (docket number 26). THEREFORE, IT IS ORDERED, that the parties herein submit their Joint Pre-Trial Order no later than February 25, 2005.

Signed: Feb 22, 2005

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
Southern District of Texas