UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL PEREZ, JR., | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. B-03-140 |
| | * | |
| JOHN D. ASHCROFT, Attorney General | * | |
| for the United States, and TOM RIDGE, | * | |
| Secretary of the United States Department | * | |
| of Homeland Security, | * | |
|     Defendants. | * | |

### JOINT MOTION FOR CONTINUANCE OF JURY SELECTION, TRIAL AND SUBMISSION OF JOINT PRETRIAL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

    The Parties herein jointly move to reschedule the March 3, 2005, jury selection and trial of this case.  In addition, should the Court grant their request to continue the jury selection and trial in this case, the parties herein respectfully request that they be allowed to submit their Joint Pretrial Order no later than seven days prior the new jury selection date.  The parties submit the following in support of their motion:

    1.    On or about January 3, 2005, Defendants filed a timely motion to dismiss and alternative motion for summary judgement; Plaintiff filed a timely reply to the motion.  To date, the Court has not ruled on this motion.

    2.    This lawsuit is presently scheduled for a final docket call on Tuesday, March 1, 2005 and Jury Selection on March 3, 2005.  The parties anticipate that the Court will hear oral argument on the Defendants' dismissal motion on March 1, 2005.

    3.    The Joint Pretrial Order in this case is due February 25, 2005.  Originally,

        the Joint Pretrial Order was due on February 18, 2005; the Court granted Defendants' counsel's motion for a one week extension (due to a family medical emergency).

4. The Parties attorneys' conferred regarding the status of the case and the Joint Pretrial Order. It was agreed by the Parties attorneys that although a Joint Pretrial Order could be filed by February 25, 2005, it would likely need to be amended or otherwise modified before trial depending upon the outcome of any hearing on the Defendants' dismissal motion.

5. In addition, the Parties attorneys have discussed the possibility of mediating the case; however, due to the unanticipated absence of Defendants' counsel the week of February 14, 2005, there was a delay (and continues to be a delay) in receiving authorization to discuss settlement.

6. As such, the Parties desire to have the jury selection and trial of this case continued for thirty days to (a) allow the Court an opportunity to consider the Defendants' motion to dismiss, and/or (b) explore the possibility of settlement.

7. The Parties believe that taking this approach will result in more efficient use of not just the time and resources of the respective parties and their attorneys, but will also result in a more cost effective and efficient use of the Court's time and resources.

WHEREFORE, PREMISES CONSIDERED, the Parties ask that this Court grant their Motion and continue the jury selection, trial and submission date for the Joint

Pretrial Order.

Respectfully submitted,

For the Defendants:

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

/s/ *Nancy L. Masso*
NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:   (956) 548-2554
Fax:   (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

For the Plaintiff:

/s/ *T. Mark Blakemore*
T. MARK BLAKEMORE
Attorney at Law
835 E. Levee St.
6th Floor
Brownsville, TX 78520
Tel:   (956) 541-5900
Fax:   (956) 541-5905
State Bar No. 02431800
Federal I.D. No. 1915