UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL PEREZ, JR., <br>     Plaintiff, <br><br> v. <br><br> JOHN D. ASHCROFT, Attorney General for the United States, and TOM RIDGE, Secretary of the United States Department of Homeland Security, <br>     Defendants. | *<br>*<br>*<br>*<br>*  CIVIL ACTION NO. B-03-140<br>*<br>*<br>*<br>*<br>*<br>* |

## ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF JURY SELECTION, TRIAL, AND SUBMISSION OF JOINT PRETRIAL ORDER

Today, this Court considered the Parties "Joint Motion for Continuance of Jury Selection, Trial, and Submission of the Joint Pretrial Order."

Having considered the motion, and noting that the Parties are in agreement, this Court finds that it should be GRANTED.

THEREFORE, IT IS ORDERED, that

Jury Selection for this lawsuit is reset to : _____

The Joint Pretrial Order is Reset to: _____

Docket call is set for: _____

*The Parties should take note, however, that their counsel are still required to appear on March 1, 2005 at 1:30 pm for the docket call as presently scheduled for the purpose of taking up any and all pending motions before the Court.*

Signed: _____

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
Southern District of Texas