IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL PEREZ, JR., | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. B-03-140 |
| | § |
| JOHN D. ASHCROFT, Attorney General | § |
| for the United States, and TOM RIDGE, | § |
| Secretary of the United States Department | § |
| of Homeland Security, | § |
| Defendants. | § |

JOINT MOTION TO REQUEST EXTENSION OF TIME TO FILE
JOINT PRETRIAL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff MANUEL PEREZ, JR. and Defendants JOHN D. ASHCROFT, Attorney General for the United States, and TOM RIDGE, Secretary of the United States Department of Homeland Security and file this their Joint Motion to Request Extension of Time to File a Joint Pretrial Order and requests that the Court grant the parties additional time in which to file their Joint Pretrial Order.

1. The deadline for filing the JOINT PRETRIAL ORDER is APRIL 14, 2005.

2. The parties have been unable to file their JOINT PRETRIAL ORDER for the following reasons, which constitute good cause for the extension of time: 1) to allow for review of new Department of Labor (DOL) documents that were produced last week and additional DOL documents that have been produced this week, obtained through

the joint efforts of the parties; and 2) to allow the parties to further ongoing settlement discussions in light of the information gleaned from the documents.

3. This extension of time is sought so that justice may be done, and not for purposes of delay.

4. Granting this request for an enlargement of time to file will not delay the beginning of trial.

5. The parties request until APRIL 28, 2005 to file their JOINT PRETRIAL ORDER.

6. **WHEREFORE, PREMISES CONSIDERED**, the parties request the Court to grant until APRIL 28, 2005 to file their JOINT PRETRIAL ORDER.

Respectfully submitted,

By: /s/ Nancy L. Masso
Nancy L. Masso
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
(956) 548-2554 ● (956) 548-2549/fax
Federal ID No. 10263
State Bar No. 00800490
**Attorney for Defendants**

By: /s/ T. Mark Blakemore
T. Mark Blakemore
Attorney, Counselor and Mediator
835 E. Levee Street, Sixth Floor
Brownsville, Texas 78520-5101
(956) 541-5900 ● (956) 541-5905/fax
Federal ID No. 1915
State Bar No. 02431800
**Attorney for Plaintiff**