IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL PEREZ, JR., Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-03-140 |
| JOHN D. ASHCROFT, Attorney General for the United States, and TOM RIDGE, Secretary of the United States Department of Homeland Security, Defendants. | § § § § § § | |

ORDER
Granting Extension of Time to File Joint Pretrial Order

I have reviewed the Joint Motion to Request Extension of Time to File Joint Pretrial Order. The Court, having considered same finds that it should be and is GRANTED (Docket Number ___).

THEREFORE IT IS ORDERED, that the parties herein submit their Joint Pre-Trial Order no later than APRIL 28, 2005.

Signed for entry on: _____, 2005

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
Southern District of Texas

Order Granting Extension of Time to File Joint Pretrial Order
w:\00300\" tmb/vpg
Page 1 of 1