United States District Court
Southern District of Texas
ENTERED

APR 1 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL PEREZ, JR., <br> Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-03-140 |
| JOHN D. ASHCROFT, Attorney General for the United States, and TOM RIDGE, Secretary of the United States Department of Homeland Security, <br> Defendants. | § § § § § § | |

## ORDER
### Granting Extension of Time to File Joint Pretrial Order

I have reviewed the Joint Motion to Request Extension of Time to File Joint Pretrial Order. The Court, having considered same finds that it should be and is GRANTED (Docket Number 30).

THEREFORE IT IS ORDERED, that the parties herein submit their Joint Pre-Trial Order no later than APRIL 28, 2005.

Signed for entry on: April 15, 2005

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
Southern District of Texas