## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL PEREZ, JR., | * |
|     Plaintiff, | * |
| | * |
| v. | *   CIVIL ACTION NO. B-03-140 |
| | * |
| JOHN D. ASHCROFT, ET AL[1]. | * |
|     Defendants. | * |

### PARTIES NOTICE OF SETTLEMENT

The Plaintiff and Defendants herein advise the Court that they have resolved their differences and settled this lawsuit. The parties will file an Agreed Motion to Dismiss with a proposed Agreed Order of Dismissal with Prejudice immediately upon the consummation of the settlement and disbursement of funds.

Respectfully submitted,

*For the Plaintiff:*

/s/ *T. Mark Blakemore*
T. Mark Blakemore
Attorney at Law
835 E. Levee Street, Sixth Floor
Brownsville, TX 78520-5101
Tel:   (956) 541-5900   Fax:(956) 541-5905
Texas State Bar No. 02431800; Federal ID No. 1915

*For the Defendants:*

MICHAEL T. SHELBY
United States Attorney

/s/ *Nancy L. Masso*
Nancy L. Masso
Assistant United States Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78520
Tel:  (956) 548-2554  Fax: (956) 548-2549
Texas State Bar No. 00800490; Federal I.D. No. 10263

---

[1] At the time this suit was filed John Ashcroft was the United States Attorney General and Tom Ridge was the Director of Homeland Security. The Secretary of Homeland Security-and proper Defendant herein-is now Michael Chertoff.