# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| **MANUEL PEREZ, JR.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-03-140** |
| | § | |
| **JOHN D. ASHCROFT, Attorney** | § | |
| **General of the United States, and** | § | |
| **TOM RIDGE, Secretary of the United** | § | |
| **States Department of Homeland Security,** | § | |
| **Defendants.** | § | |

## ORDER

On April 28, 2005, the parties filed a notice of settlement. [Docket No. 32.] As of this date, the parties have not filed an agreed motion to dismiss or a proposed agreed order of dismissal. The parties are hereby given thirty (30) days to file such documents. Otherwise, the Court will dismiss this case for want of prosecution.

Signed in Brownsville, Texas, this 2nd day of June, 2005.

Andrew S. Hanen
United States District Judge