**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| MANUEL PEREZ, JR., | * |
|     Plaintiff, | * |
| | * |
| v. | *   CIVIL ACTION NO. B-03-140 |
| | * |
| JOHN D. ASHCROFT, Attorney General | * |
|  for the United States, and TOM RIDGE, | * |
| Secretary of the United States Department | * |
| of Homeland Security, | * |
|     Defendants. | * |

**AGREED MOTION FOR DISMISSAL**

TO THE HONORABLE JUDGE OF SAID COURT:

The Parties herein jointly move for the dismissal of this lawsuit, because the parties have settled their dispute. Pursuant to their settlement agreement, the parties herein agree that all matters complained of within Plaintiff's complaint be dismissed, with prejudice. The parties understand that the Court will retain jurisdiction to hear any issues relating to the enforcement of the settlement.

WHEREFORE, PREMISES CONSIDERED, the Parties ask that this Court grant this motion and dismiss this lawsuit, with prejudice.

Respectfully submitted,

For the Defendants:

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

*/s/ Nancy L. Masso*
NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520

Tel:    (956) 548-2554
Fax:    (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263


For the Plaintiff:

*/s/ T. Mark Blakemore*
T.  MARK BLAKEMORE
Attorney at Law
835 E. Levee St.
6th Floor
Brownsville, TX 78520
Tel:    (956) 541-5900
Fax:    (956) 541-5905
State Bar No. 02431800
Federal I.D. No. 1915