UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL PEREZ, JR.,<br>    Plaintiff, | *<br>*<br>* |
| v. | *  CIVIL ACTION NO. B-03-140<br>* |
| JOHN D. ASHCROFT, Attorney General<br> for the United States, and TOM RIDGE,<br>Secretary of the United States Department<br>of Homeland Security,<br>    Defendants. | *<br>*<br>*<br>*<br>* |

**ORDER OF DISMISSAL**

Today, this Court considered the parties Agreed Motion to Dismiss. Having considered the motion and noting that the parties have agreed to a settlement of their claims, this Court finds that the motion should be GRANTED.

THEREFORE, IT IS ORDERED, that this lawsuit be dismissed, *with prejudice*. This Court will retain jurisdiction to enforce the settlement agreement entered herein.

Signed: _____

> ANDREW S. HANEN
> UNITED STATES DISTRICT JUDGE
> Southern District of Texas