United States District Court
Southern District of Texas
ENTERED

JUN 0 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL PEREZ, JR.,<br>Plaintiff, | *<br>*<br>* |
| v. | * CIVIL ACTION NO. B-03-140 |
| | * |
| JOHN D. ASHCROFT, Attorney General<br>for the United States, and TOM RIDGE,<br>Secretary of the United States Department<br>of Homeland Security,<br>Defendants. | *<br>*<br>*<br>*<br>*<br>* |

## ORDER OF DISMISSAL

Today, this Court considered the parties Agreed Motion to Dismiss. Having considered the motion and noting that the parties have agreed to a settlement of their claims, this Court finds that the motion should be GRANTED.

THEREFORE, IT IS ORDERED, that this lawsuit be dismissed, *with prejudice*. This Court will retain jurisdiction to enforce the settlement agreement entered herein.

Signed: June 8, 2005

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
Southern District of Texas